MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
Email: mriechert@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, JENIFER RIESE, AND SHAUN SIMMONS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY and DOES 1-25 Inclusive,<br><br>Defendant. | Case No. 3:09-cv-03596-EMC<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

This Stipulation is made by and between Jeffrey Johnson, Jenifer Riese, and Shaun Simmons ("Plaintiff") and Hewlett-Packard Company ("Defendants"), by and through their respective counsel of record:

WHEREAS, Plaintiff served the Complaint on Defendant on December 4, 2009;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), the last day for Defendant to file a responsive pleading to Plaintiff's Complaint is December 28, 2009;

WHEREAS, there have been no prior requests for an extension of time to respond to Complaint;

WHEREAS, the parties have agreed, by and through counsel of record, to extend the last day for Defendant to respond to the Complaint for twenty-one (21) days, until January 19, 2010;

1 and

2 WHEREAS; good cause exists for an extension because counsel for Defendant needs
3 additional time to complete its preliminary investigation of Plaintiff's Complaint so that it may be
4 prepared to respond thereto;

5 THEREFORE, the parties hereby stipulate THAT:

6 The deadline for Defendant to respond to Plaintiff's Complaint shall be extended to
7 January 19, 2010.

Dated: December 29, 2009            MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Lisa M. Bowman
    Lisa M. Bowman

Attorney for Plaintiffs
JEFFREY JOHNSON, JENIFER RIESE, AND
SHAUN SIMMONS

Dated: December 29, 2009            MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Melinda S. Riechert
    Melinda S. Riechert

Attorney for Defendant
HEWLETT-PACKARD COMPANY

Signed: 1/6/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21484742.1                2                STIPULATION TO EXTEND DEFENDANT'S
                                               TIME TO RESPOND TO COMPLAINT
                                               (CASE NO. 3:09-CV-03596-EMC)