UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY JOHNSON, et al., | ) | |
| Plaintiff(s), | ) | No. C09-3596 CRB (BZ) |
| v. | ) | **BRIEFING ORDER** |
| HEWLETT-PACKARD COMPANY, | ) | |
| Defendant(s). | ) | |

**IT IS ORDERED** that defendant shall file its opposition to plaintiffs' motion to compel by **August 23, 2010**. Plaintiffs shall file their reply by **August 30, 2010**. The Court will schedule a hearing if one is necessary.

Dated: August 9, 2010

　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 3 ORD.wpd

1