UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant(s). | No. C09-3596 CRB (BZ)<br><br>**ORDER GRANTING LEAVE TO FILE MOTION** |

Having read plaintiff's letter dated August 12, 2010, this dispute does not appear to be capable of informal resolution and the Court is unavailable the next two weeks. Plaintiff is therefore **GRANTED** leave to file a motion to compel in conformance with Local Rule 37-2. Plaintiff shall also file a record of the parties' meet and confer session. If it was recorded, the Court will listen to the recording if it has not been transcribed.

Dated: August 13, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 4 ORD.wpd

1