```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  JEFFREY JOHNSON, et al.,     )
                                 )
12          Plaintiff(s),        )     No. C09-3596 CRB (BZ)
                                 )
13      v.                       )
                                 )     **FIFTH DISCOVERY ORDER**
14  HEWLETT-PACKARD COMPANY,     )
                                 )
15          Defendant(s).        )
    _____    )
16
17       Having read plaintiff's letter dated August 12, 2010
18  (Docket No. 73) **IT IS HEREBY ORDERED** as follows:
19       1.  Defendant shall file a response by noon, Friday,
20  September 17, 2010.  If Hewlett-Packard's position is that
21  "anything that ("Slaby") did in response to instructions from
22  counsel" is protected, it shall provide authority to that
23  effect.
24       2.  A telephone conference to discuss this dispute is
25  scheduled for **Monday, September 20, 2010 at 1:30 p.m.**  Counsel
26  shall contact **CourtCall**, telephonic court appearances at
27  ///
28  ///
```

1

1 | **1-888-882-6878**, and make arrangements for the telephonic
2 | conference call.
3 | Dated: September 15, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 5 ORD.wpd