UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al., | |
| Plaintiff(s), | No. C09-3596 CRB (BZ) |
| v. | **SCHEDULING ORDER** |
| HEWLETT-PACKARD COMPANY, | |
| Defendant(s). | |

Following a telephone conference on September 20, 2010 at which both parties were represented by counsel, **IT IS ORDERED** as follows:

1. Defendant's opposition to plaintiff's second motion to compel shall be filed by **October 4, 2010**.  Any reply shall be filed by **October 11, 2010**.

///
///
///
///
///
///

1

2. The Court will schedule a hearing if it concludes one is necessary.

Dated: September 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\SCHED ORD.wpd

2