UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al., ) | |
| ) | |
| Plaintiff(s), ) | No. C09-3596 CRB (BZ) |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING LEAVE** |
| HEWLETT-PACKARD COMPANY, ) | **TO FILE MOTION** |
| ) | |
| Defendant(s). ) | |

Having read plaintiffs' October 4, 2010 letter and defendant's October 6, 2010 response, this dispute does not appear to be capable of informal resolution. Plaintiffs are therefore **GRANTED** leave to file a motion to compel in conformance with Local Rule 37-2. Plaintiffs shall also file a record of the parties' meet and confer session.

Dated: October 18, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 7 ORD.wpd

1