TODD M. SCHNEIDER (SBN 158253)
JOSHUA KONECKY (SBN 182897)
LISA M. BOWMAN (SBN 253843)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkonecky@schneiderwallace.com
lbowman@schneiderwallace.com

FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*Pro Hac Vice*)
BARRY DUNN (SBN 151340)
NATHAN J. AXVIG (*Pro Hac Vice*)
JASON B. WESOKY (*Pro Hac Vice*)
TONYA MELNICHENKO (*Pro Hac Vice*)
MEGHAN MARTINEZ (*Pro Hac Vice*)
RICHARD BARKLEY (*Pro Hac Vice*)
14426 East Evans Avenue
Aurora, Colorado 80014
Tel: (303) 757-3300
Fax: (303) 757-3206

Attorneys for Plaintiffs

MELINDA S. RIECHERT (SBN 65504)
ROBERT J. SMITH (SBN 162784)
MORGAN, LEWIS & BOCKIUS LLP
*Admitted pro hac vice*
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mriechart@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

BARBARA ANTONUCCI (SBN 209039)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
bantonucci@morganlewis.com

ANNE M. BRAFFORD, State Bar No. 237574
5 Park Plaza, 17th Floor
Irvine, California 92614-3508
Telephone: 949.399.7000
Facsimile: 949.399.7001
abrafford@morganlewis.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, JENNIFER RIESE, SHAUN SIMMONS, MICHAEL DEBEVER, and JAMES PURVIS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C-09-03596 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

DB2/21953780.2                    1                    Case No. C-09-03596 CRB
STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF
DEFENDANT'S AMENDED ANSWER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Plaintiffs Jeffrey Johnson, Jennifer Riese, Shaun Simmons, Michael DeBever, and James
2  Purvis ("Plaintiffs") and Defendant Hewlett-Packard Co. ("Defendant"), the parties to the above-
3  entitled action (collectively referred to herein as the "Parties"), by and through their undersigned
4  counsel, hereby stipulate and agree as follows:

5  1.  On July 21, 2010, Plaintiffs filed a Third Amended Complaint ("TAC") in this
6  action;

7  2.  On August 9, 2010, Defendant timely filed its Answer to Plaintiffs' TAC
8  ("Answer");

9  3.  Plaintiffs have informed Defendant that they believe the Answer currently on file
10  is deficient in two ways. Specifically: (1) in response to certain allegations, Defendant's Answer
11  stated that no response was required to legal conclusions; and (2) in response to Plaintiffs'
12  quotation of statutes in the TAC, Defendant stated that it need not admit or deny the quotations on
13  the ground that a statute or other document "speaks for itself."

14  4.  Defendant has agreed to amend its Answer to take the form attached hereto (as
15  Exhibit A), and the Parties submit the following Stipulation in order to expedite that process.

16  5.  Defendant's Amended Answer (Exhibit A hereto) also revises its defenses to
17  provide a more detailed basis for asserting each defense, to add certain defenses, and to remove
18  certain defenses that Defendant is not planning to pursue at this time.

19  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
20  counsel of record and pursuant to Federal Rule of Civil Procedure 15(a)(2) that Defendant may
21  file the Amended Answer to Plaintiffs' Third Amended Complaint in a form attached as
22  Exhibit A to this stipulation. In so stipulating, none of the parties are waiving or compromising
23  any claim or defense that any party may have.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21953780.2                         2                    CASE NO. C-09-03596 CRB
STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF
DEFENDANT'S AMENDED ANSWER

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2010 | SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP |
| 3 | | |
| 4 | | By    /s/Todd Schneider |
| 5 | | Todd M. Schneider<br>Attorneys for Plaintiff<br>JEFFREY JOHNSON, JENNIFER RIESE, and SHAUN SIMMONS |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: October 29, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 10 | | |
| 11 | | By:  /s/Melinda Riechert |
| 12 | | Melinda Riechert<br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

DB2/21953780.2                                3                                CASE NO. C-09-03596 CRB
STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF
DEFENDANT'S AMENDED ANSWER

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 15(a)(2) and the Stipulation above, Defendant Hewlett-Packard Company may file the Amended Answer to Plaintiffs' Third Amended Complaint in the form attached as Exhibit A to the Stipulation.

**IT IS SO ORDERED.**

Dated:  November 1 , 2010

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA