UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY JOHNSON, et al.,  )
                          )
          Plaintiff(s),   )   No. C09-3596 CRB (BZ)
                          )
     v.                   )
                          )   **NINTH DISCOVERY ORDER**
HEWLETT-PACKARD COMPANY,  )
                          )
          Defendant(s).   )
                          )

**IT IS HEREBY ORDERED** that a telephone conference to discuss the pending discovery disputes is scheduled for **Friday, November 19, 2010 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

**IT IS FURTHER ORDERED** that the parties should be prepared to discuss the appointment of a discovery referee.

Dated: November 16, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 9 ORD.wpd

1