UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al., | |
| Plaintiff(s), | No. C09-3596 CRB (BZ) |
| v. | **ORDER GRANTING LEAVE TO FILE DISCOVERY MOTION** |
| HEWLETT-PACKARD COMPANY, | |
| Defendant(s). | |

Following a telephone conference to address the issues raised in the parties' letters, at which the parties were represented by counsel, it is **ORDERED** as follows:

1. Plaintiffs are **GRANTED** leave to file a motion to compel to be heard in the Court's regular calendar.

2. Plaintiffs' Civil Local Rule 37-2 statement shall be signed by the most senior attorney representing plaintiffs. The court will deem that attorney's signature as certifying that the attorney has read the LR 37-2 statement and that the discovery sought is consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

3. Defendant's opposition shall be signed by the most

1

senior attorney representing defendant.  The court will deem that attorney's signature as certifying that the attorney has read the opposition and that the objections to discovery are consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

4. Both sides have agreed to the appointment of a discovery referee.  The parties shall meet and confer in an effort to agree on the referee.  If they cannot, by **noon, on Monday, November 22, 2010**, they shall either send a joint letter requesting the Court to select a discovery referee or identifying five people whom each side proposes as a discovery referee.

Dated: November 19, 2010

                                         _____
                                                Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 10 ORD.wpd

2