```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JEFFREY JOHNSON, et al.,      )
                              )
          Plaintiff(s),       )    No. C09-3596 CRB (BZ)
                              )
     v.                       )
                              )    ORDER RE DISCOVERY REFEREE
HEWLETT-PACKARD COMPANY,      )
                              )
          Defendant(s).       )
                              )
```

The Court intends to appoint the Honorable James L. Warren (Ret.), the only name that was approved on both lists, as discovery referee. Preliminary contact with Judge Warren suggests he is available. **IT IS THEREFORE ORDERED** that the parties approach Judge Warren to satisfy themselves as to his availability and to negotiate the terms of the order of appointment. If the parties are unable to do so, they shall immediately advise the Court and, if they are satisfied as to his availability, the Court shall issue its own order of appointment. However, the Court's experience has been that the parties are best served if they work out an agreement based on the form of agreement under which the discovery

1

1 | referee ordinarily acts.

2 | Dated: December 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 11 ORD.wpd