UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY JOHNSON, et al., )
                         )
        Plaintiff(s),    )    No. C09-3596 CRB (BZ)
                         )
   v.                    )
                         )    **REFERRAL ORDER**
HEWLETT-PACKARD COMPANY, )
                         )
        Defendant(s).    )
_____)

Plaintiffs' administrative motion to file documents under seal (Docket No. 130) is referred to the appointed discovery referee in this matter, the Honorable James L. Warren (Ret.).

Dated: January 7, 2011

                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\DISC 12 ORD.wpd

1