# EXHIBIT 15



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219231



Agenda



- Today's Objectives
- FY08 Priorities & Objectives
- Sales Comp Basics
  - Slopes and Accelerators
  - Weighted Performance Average
- FY08 Sales Comp Plans Overview

- Today's agenda includes a review of the objectives for this session.
- We will also cover:
  - FY08 Priorities & Objectives
  - Sales Comp Basics, which include information on slopes and accelerators and Weighted Performance Average calculation examples
  - We also provide updates on the FY08 Sales Comp Plans – what's changing and compensation plan descriptions



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219232



## Today's objectives

- Understand your business' imperatives for the year ahead & how they drive your incentive plan
- Understand plan elements & mechanics so that you know how you are being measured & what it takes to maximize your earning opportunity



•Once you have completed this overview, you should:

•Have an understanding of the IPG Global business strategies for the year, and how they drive and your incentive plans, and

•Understand the plan elements and mechanics, so you know how you are being measured and what it takes to maximize earning potential



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order                                                     HP00219233



• Read slide

Copyright © 2006 HP corporate presentation. All rights reserved.
Confidential Subject to Protective Order



HP00219234



## Important notes

- This overview is to provide information for the compensation plans and key changes for FY08
- HP reserves the right to update (add, delete, modify) plans based on business needs throughout the year
- Sales employees should refer to their manager and to their individual Sales Letter to obtain the details of their specific plans
- Global Sales Compensation Policy is the governing document for Sales Compensation

Subject to local laws and consultations with Worker's Councils where legally required

5   October 2007   HP Confidential

---

- Please note that this overview is to provide an informational overview for the compensation plans and key changes for FY08
- HP reserves the right to update (add, delete, modify) plans based on business needs throughout the year (subject to local laws and consultations with Worker's Councils where legally required.)
- Sales employees should refer to their manager and to their individual Sales Letter to obtain the details of their specific plans
- The Global Sales Compensation Policy is the governing document for Sales Compensation.   For your convenience, there is a short set of reference material available via a download on the entry page of Grow@hp so that you may easily hyperlink to the policy and other important reference information.

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order   HP00219235



• **Next a few words from Mike Larson**

Copyright © 2006 HP corporate presentation. All rights reserved.



**Confidential Subject to Protective Order**
HP00219236



- Hello Everyone, this is Mike Larson
- I'd like to welcome everyone and personally thank you for committing the time to review this important sales compensation information
- I want to ensure that you receive the information you need to understand how you will be measured throughout the year, and how to maximize your potential earnings.
- I'd like to first take a minute to review the PSG business priorities for the coming year, as these priorities are the driving force behind our sales compensation plans

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order
HP00219237



- As you can see our Corporate and PSG business priorities remain virtually unchanged … "Establish HP as the world's leading information technology company and drive profitable growth across PSG businesses."

- In regard to Sales Comp Plan Design – we are working to develop plans that are motivating, simple, aggressive & affordable, plus most importantly easy to understand. And overall we are driving global consistent plans

- Our SPO Sales Imperatives focus on Growth, Reward and Predictability

    – In the area of growth we want to focus on increasing penetration of the mid-market.  As well as driving hp preference to the final tier through competitive incentives and enablers.  We should always leverage solutions and vertical channel expertise wherever possible.

    – The second area of focus is "reward" – we want to effectively reward sales reps and partners for selling across the portfolio.  And where needed, shift partners from infrastructure fulfilment to solution delivery.

    – And our last SPO Sales Imperative is around predictability, in order to increase revenue and corner the market place we must  "make it easy to do business with HP"

- So how do we support these priorities? Simply put, by building the best sales force in the IT industry

- And a vital aspect of building the best IT sales force is ensuring we have in place a SC Plan that is both challenging and rewarding.

- I believe we have such plans in place for FY08

- Additionally, we've established PSG Sales priorities that tie in with our compensation plans

- As I said earlier, I stand by and support the sales comp plans we've developed for FY08 – I believe they're both fair and rewarding, and support our company goals and priorities.

- Your sales manager will be scheduling time in early November to review your individual sales comp plan with you to ensure you know how you will be measured for the year. I encourage you to take the opportunity to ask any clarifying questions you may have about your plan at that time.

- Thanks for your time and attention and for a great fiscal 07 performance.  I'm counting on each of you to get us off to a fast start for fiscal 08, let's make it happen.



8

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order                                    HP00219238



## Supporting the PSG Business Priorities

- Building the BEST Sales Force in the IT Industry

- PSG Sales Priorities align with Sales Comp Plans

- Sales Manager review of individual
  Compensation Plans in early November

- Let's make it happen!



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219239

# Sales Comp Basics
## Accelerators & Slopes

- We'd like to now spend a couple of minutes reviewing accelerators and slopes and how they work in our sales compensation plans

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219240



- This slide illustrates the simple slope and accelerator model for FY08.

- As you can see, there is only one level of slope below 100% performance.

- Likewise, there is a single accelerator above 100% performance.

- Note that the accelerator rate could be one of several, but there will be only one per sales rep.

- This approach was introduced in FY07 and continues in FY08 to keep the plan simple and make it easier and simpler for sales reps to calculate their potential payout.

- Please also note that until 60% performance level threshold is attained, incentives paid are considered unearned pay advances.

- Incentive pay advances issued to employees prior to achieving the specified performance level are considered liabilities and are subject to recovery by HP. More on the topic of pay advances can be found in the Sales Compensation Global Policy

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219241



## Performance level threshold definition

- As described in the Global Sales Compensation Policy, Performance Level Pay Advances, when applicable, are described in the Sales Letter provided to sales employee.

- Recovery of Pay Advances: Pay advances are considered liabilities and are subject to recovery by HP.

- The "performance level threshold" is the stated performance level threshold the sales employee must meet prior to earning the incentive pay that was issued as a pay advance.

12    October 2005    HP Confidential

- In review, the "performance level threshold" is the stated performance level threshold the sales employee must meet prior to **earning** the incentive pay that was issued as a pay advance. If the performance threshold is not achieved, the advance pay is subject to recovery by HP



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order    HP00219242

# Your incentive calculation

- The following sections contains examples on calculating incentive earnings



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219243



- This information reflects how the weighted average approach will be implemented.  Each metric performance is calculated by the metric weighting with each result added together.  Pay is calculated on this overall result, not metric by metric.

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order
HP00219244



• Here's an additional example.  In this case, Edward's TIA or, Target Incentive Amount, is $60,000. His incentive plan has a 2.5x accelerator for over performance. Edward's overall performance is 115.5%.



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order
HP00219245



- To see how these play out in a real situation, let's take a look at a an earnings example involving on-target earnings of $100K.
- The flat line in this example is at 84k because:
  - 100k OTE with a 60/40 mix means that base is 60 and Target Incentive Amount (TIA) is 40.
  - The pay advance performance threshold is set at 60% of Quota Attainment or 60% TIA.
    - 60% x 40k = 24k
    - 60k (base) + 24k (pay advance) = 84k

  - The line is flat between 0 and 60% -- sales reps are accountable for achieving 60% of their on-target earnings
  - If they do not achieve the 60%, the Pay Advance or Draw paid will be fully recoverable
- People who exceed their targets can earn substantially more
- If they perform over 100% of targets, they will only have to remember one accelerator rate

- Please *Note: this is one example.  Results will vary based on OTE and sales plan.*



16        Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order                                    HP00219246



FY08 AMS PSG SPO
Sales Incentive Plan
Overview



17

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219247

## Summary of Changes – FY07 to FY08

| Group | Bus Requirement | FY08 Design Change |
|---|---|---|
| US | New business initiatives.<br>· Sell to Data Center Managers – new market segment<br>· Focus Workstation Specialists on Cash Register market segment | · Modified Workstation Specialist<br>· New Data Center Specialist plan<br>· New Business PC Specialist |
| | · Measure closest to the rep | · Individual quota assignment where appropriate |
| | · Align Generalist and Specialist responsibilities where appropriate | · Assigned similar PLs |
| | · Simplify | · PBMs and Specialists have identical Attach PLs |
| Canada | · Adopt focused plans to sales deployment model:<br>  – Mix of territory and account responsibilities for both generalists and specialists | · 2 new Territory/Account plans |
| | · Improve focus on Supplies | · Include supplies in Canada plans |
| LA | · Adopt focused plans for sales deployment model | · ESS & HPS Hybrid Specialist<br>· Workstation Specialist |
| All Regions | · Simplify plan design and administration | · Inactivated 20 plan titles |

- A summary of the changes from FY07 to FY08 are shown here.
- Next, please feel free to review the plans for your region or country

Copyright © 2006 HP corporate presentation. All rights reserved.



**Confidential Subject to Protective Order**

HP00219248



- For SPO, here's an overview of the Global Sales Roles and highlights two new roles for FY08 in Canada. Please take a moment to review the sales roles in your region or country.

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219249

## Partner Design Center
### SPO Global Sales roles & description

| Job Type Map | Marketing Title | Short Description |
|---|---|---|
| Account Mgmt | PBM – Value or Volume | PBM managing 1st tier or 2nd tier partners in a defined territory with responsibility over Value PLs in TSG or over Volume PLs across BGs |
| Account Mgmt | PBM – Hybrid Value & Volume Generalist | PBM managing 1st tier or 2nd tier partners in a defined territory with responsibility over Volume and Value PLs across BGs |
| Account Mgmt | PBM – Balanced | PBM managing 1st tier or 2nd tier partners in a defined territory with responsibility over Volume PLs across BGs |
| Account Mgmt | PBM – Territory | Canada only. Covers both Named partner accounts and partner accounts within assigned territory |
| Account Mgmt – Inside sales | PBM – Channel Telesales | Inside Sales reps supporting assigned partners and partners in defined territory with responsibility over Volume and/or Value PLs across BGs |
| Specialist | Partner Sales Specialist | Partner reps specializing in 1 BG products in a defined territory/country |
| Specialist | Partner Sales Specialist – Hybrid | Partner reps specializing in two BG products where weighting between the two BG's needs to be balanced. |
| Specialist | Partner Sales Specialist – Territory | Canada only. Specialist that covers both territory and named partner accounts |
| Specialist | Lead Specialists | US and EMEA. Partner reps lead in 1 BG product in defined territory. Serve as primary partner liaison, with responsibility for driving the cross BG portfolio with partners outside of their assigned business unit specialty. Primary TL tied to specialty PL/BG and secondary TL tied to all BG for their assigned partners. US Channel Engagement managers adopt PSS Lead specialist sales plan |
| Specialist | TSG Non-lead Specialists | US only. Partner reps focus on 1 specialty in TSG and with secondary metric on all TSG revenue |
| Account Mgmt or Country Mgmt | Sales Manager/Director to PBM, PSS and/or Inside Sales | Region/Sub region/ country sales leadership SPO |
| Sales VP | Sales VP | Region/Sub region/ country sales leadership SPO |

- This slide provides an additional brief description of the sales roles.
- Again, take a moment to review the sales role descriptions for your region or country.



20
Copyright © 2006 HP corporate presentation. All rights reserved.

**Confidential Subject to Protective Order**

HP00219250



FY08 PSG SPO
Sales Incentive Plans

Canada

21

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219251



- Now that we have reviewed the business priorities, design priorities, sales roles, and summary of changes, we will review the Sales Comp Plans for FY08
- First, please take a few minutes to familiarize yourself with how to read the plan slides

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219252



# AMS Solutions Partner Organization
## PSG SPO Generalist - Acct/Terr CA

**RCSH817A**

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Acct. Rev. | 50 | A | I |
| PSG SPO Terr Rev | 25 | G | I/O |
| PSG SPO Attach | 25 | G | D/I |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |
| Notes | New FY06 Canada CSP plan |

| Attach Metric | PL Definitions |
|---|---|
| IDS Metric | PL's 5I, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
| HPS Metric | PL's 7G, 4J, JN, R4, 09, 72, R8 |
| PSG Metric | PL's 9F, MP, 9H, 9J, MQ, BO, TB |
| IPG Metric | PL's AK, C5, DU, 7T, 2A, R4, 6A, 9C |

| | BCS, IIS, SW, PSG Comm, IPG Comm, IPG Tech Svcs, Mgd Svcs, PMB, IPG Supplies | BCS, IIS, SWD, SW, PSG Comm, IPG Comm, IPG, Tech Svcs, Mgd Svcs, PMB, IPG Supplies, PSG Cons |
|---|---|---|
| | BCS 1X, 23, 61, 2M, HA, NW, TO, TR | BCS 1X, 23, 61, 2M, HA, NW, TO, TR |
| | IIS 4U, LA, MV, 3I, 3Y, TN | IIS 4U, LA, MV, 3I, 3Y, TN |
| | SWD 1Y, 3C, LI, LJ, LK, LL, LM, LN, TA | SWD 1Y, 3C, LI, LJ, LK, LL, LM, LN, TA |
| | SW 2K, LH, TH, TK, 32, 33, 67, 2E, 9S, TE, TF, TG, 2E, 2F, 6L, DF, D3 | SW 2K, LH, TH, TK, 32, 33, 67, 2E, 9S, TE, TF, TG, 2E, 2F, 6L, DF, D3 |
| | PSG Comm 21, 2C, 6X, 7F, 9F, 9H, 9J, AN, BO, 8Q, MG, MP, TA, TB | PSG Comm 21, 2C, 6X, 7F, 9F, 9H, 9J, AN, BO, 8Q, MG, MP, TA, TB |
| | IPG Comm 27,2A,2B,2N,3Q,3Q,4X,5M, 6A,7T,83,8A,9C,AK,AK,C2, C5,DA,D6,DL,JP,DU,HO,K NXP,KS,LF,1Y,M3,MA,MB MC,PQ,75,TB,T2,2D,T4, WS | IPG Comm 27,2A,2B,2N,3Q,3Q,4X,5M,6A, 7T,83,8A,9C,A5,AK,C2,C6,DA ,DE,DL,JP,DU,HO,K,NXP,KS, LF,1Y,M3,MA,MB,MC,PQ, 75,TB,T2,2D,T4,WS |
| | Technology Svcs 06, 2P, 4J 72, 7G, JN, R4, R7, R8 | Technology Svcs 06, 2P, 4J, 72, 7G, JN, R4, R7, R8 |
| | Managed Svcs (PL's 24, 25 6L only) | Managed Svcs (PL's 24, 25 6L only) |
| | PMB (PL 6H) | Supplies 1N, AU, 5T |
| | Supplies 1N, AU, 5T | PSG Consumer 9G,KV,2G,2H,6J |

23 October 2007    HP Confidential

---

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219253



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219254



AMS Solutions Partner Organization
## PSG SPO Spec – PSG Acct/Terr CA

RCSH811

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO PSG Acct Rev 2 | 50 | A | I |
| PSG SPO Terr Rev 2 | 25 | G | I/D |
| PSG SPO PSG Attach AMS | 25 | A/G | I/D |

| Key Metric Description | PSG Comm | PSG Comm, PSG Cons |
|---|---|---|
| | PSG Comm: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB | PSG Comm: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB

PSG Consumer:9G,KV, 2G,2H,5J |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |
| Notes: | New FY06 Canada PSG Specialist plan |

| PSG SPO PSG Attach AMS | PL's: 9F, MP, 9H, 9J, MG, BO, TB |
|---|---|

25    October 2005    HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219255



AMS Solutions Partner Organization
## PSG SPO Spec - IPG Acct/Terr CA

RCSH816

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Acct Rev 3 | 50 | A | I |
| PSG SPO Terr Rev 3 | 25 | G | I |
| PSG SPO IPG Attach AMS | 25 | A/G | I |

| Part Model Description | IPG Comm, IPG Supplies | IPG Comm, IPG Supplies |
|---|---|---|
| | IPG Comm: 27,2A,2B,2N,2O,3O 4X,5M,5A,7T,83,8 A,9C,A5,AK,C2,C5, DA,DE,DL,JP,DU,H Q,KN,KP,KS,LF,LY M3,MA,MB,MC,PQ T5,T8,,T2,2D, T4, WS  Supplies: 1N, AU, 5T | IPG Comm: 27,2A,2B,2N,2O,3 O,4X,5M,6A,7T,83 8A,9C,A5,AK,C2,C 5,DA,DE,DL,JP,DU HQ,KN,KP,KS,LF LY,M3,MA,MB,MC, PQ, T5,T8,,T2,2D, T4, WS  Supplies: 1N, AU, 5T |

| Part Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |
| Notes: | New FY08 Canada PSG Specialist plan |

| PSG SPO IPG Attach Auto | PL's AK, C5, DU, 7T, 2A, R4, 6A, 9C |
|---|---|

26   October 2007

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219256



AMS Solutions Partner Organization
## PSG SPO Spec - ESS Acct/Terr CA

RCSH814

| Metric Name | Wt | A/G | Dri (fulfillment) |
|---|---|---|---|
| PSG SPO ESS Acct Rev | 50 | A | I |
| PSG SPO ESS Terr Rev | 25 | G | I/D |
| PSG SPO ESS Attach AMS | 25 | A/G | I/D |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |
| Notes | New FY08 Canada ESS Specialist plan |

| Rev Metric Descript on | BCS, SWD, ISS IPG Supplies | BCS, SWD, ISS IPG Supplies |
|---|---|---|
| | BCS:1X, 23, 61, 2M, HA, NW, TQ, TR SWD:1Y, 3C, LI, LJ, LK, LL, LM LN, 7A ISS:4U, LA, MV, SI, SY, TN Technology Svcs (PL's 06, 72, JN, R8 only) | BCS:1X, 23, 61, 2M, HA, NW, TQ, TR SWD:1Y, 3C, LI, LJ, LK, LL, LM, LN, 7A ISS:4U, LA, MV, SI, SY, TN Technology Svcs (PL's 06, 72, JN, R8 only) |

| PSG SPO ESS Attach AMS | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219257

AMS Solutions Partner Organization
## PSG SPO Generalist - Vol PBM CA


GCSH802

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Vol Acct Rev | 50 | A | I |
| PSG SPO Value Acct Rev | 25 | A | I |
| PSG SPO PBM ESS Attach AMS | 6.25 | A/G | D/I |
| PSG SPO PBM HPS Attach AMS | 6.25 | A/G | D/I |
| PSG SPO PBM PSG Attach AMS | 6.25 | A/G | D/I |
| PSG SPO PBM IPG Attach AMS | 6.25 | A/G | D/I |

| Rev Metric Description | ISS, IPG Comm, IPG Supplies, PSG Comm | BCS, SWD, SW, Tech Svcs, Mgd Svcs, PNB |
|---|---|---|
| | ISS  4U, LA, MV, SI, SY, TN | BCS:1X  23, 81, 2M, HA, NW, TQ, TR |
| | IPG Comm, 27,2A,2B,2N,2O,3O,4X,5 M,6A,7T,83,8A,9C,A5,AK, C2,C5,DA,DE,DI, JP,DU, HQ,KN,KP,KS,LF,LY,M3, MA,MB,MC,PQ, T5,T8,,T2,2D  T4, WS | SWD:1Y, 3C, LI, LJ, LK, LL, LM, LN  7A
SW, 2K, LH, TH, TK, 32, 33, 87, 2E, 8S, TE, TF, TG, 26, 2F, 8L EF, D3 |
| | IPG Supplies, 1N, AU, 5T | Technology Svcs  06, 2P  4J, 72, 7G, JN, R4, R7, R8 |
| | PSG Comm  21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB | Managed Svcs (PL's 24, 25 8L only) PNB (PL 8H) |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x, 5.0x (depending on quota size) |
| Performance level threshold | 60% |

| Attach Metric | PL Definitions |
|---|---|
| ESS Attach | PL's 8I, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
| HPS Attach | PL's 7G, 4J, JN, R4, 06, 72, R8 |
| PSG Attach | PL's 9F, MP, 9H, 9J, M3, BO, TB |
| IPG Attach | PL's AK, C5, DU, 7T, 2A, R8, 6A, 9C |

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219258



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219259

AMS Solutions Partner Organization
## PSG SPO Spec – ISS & SWD CA

GCSH826

| Metric Name | Wt | A/G | Drl (fulfillment) |
|---|---|---|---|
| PSG SPO ISS, SWD Rev Territory CA | 75 | G | I/D |
| PSG SPO ESS Attach AMS | 25 | G | I/D |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |
| Notes | Use by Pre-Sales only |

| Rev Metric Description | ISS, SWD |
|---|---|
|  | ISS 4U, LA, MV, SI, SY, TN<br>SWD 1Y, 3C, LI, LJ, LK, LL, LM, LN, 7A<br>Technology Svcs: 06, R8 |

| PSG Services & TPVI Attach | PL's |
|---|---|
|  | SI 4U, 06, LK, R8, 1Y, 3C, LI, LL |

30   October 2003   HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order



HP00219260



### AMS Solutions Partner Organization
## PSG SPO Generalist - Val PBM CA

GCSP803A

| Metric Name | Wt | A/G | D/I (Fulfillment) |
|---|---|---|---|
| PSG SPO Value Acct Rev | 50 | A | I |
| PSG SPO Vol Acct Rev | 25 | A | I |
| PSG SPO ESS Attach AMS | 6.25 | A/G | D/I |
| PSG SPO PBM HPS Attach AMS | 6.25 | A/G | D/I |
| PSG SPO PBM PSG Attach AMS | 6.25 | A/g | D/I |
| PSG SPO PBM IPG Attach AMS | 6.25 | A/G | D/I |

| Rev Metric Description | BCS, SWD, SW, Tech Svcs, Mgd Svcs, PNB | ISS, IPG Comm, IPG Supplies, PSG Comm |
|---|---|---|
| | BCS 1X, 23, 61, 2M, HA, MV, TG, TR | ISS 4U, LA, MV SI SY, TN |
| | SWD 1Y, 3C, LI, LJ, LK, LL, LM, LN, 7A | PSG Comm 21, 2C 5X, 7F, 8F, BN, SJ, AN, BO, SQ, MG, MP TA, TB |
| | SW 2K, LH, TH, TK, 32, 33, 87, 2E, 85, TE, TF, TG, 2E, 2F, 8L, EF, D3 | IPG Comm, 27, 2A, 2B, 2N, 2Q, 30, 4X 5M, 5A, 7T, 83, 6A, 6C, A |
| | Technology Svcs 06 2P, 4J, 7Z, TG, JN, R4, R7, R8 | 5, AK, C2, C5, DA, DE, DI, JP, DU, H2, KN, KP, KS, LF LY M3, MA, MB, MC, |
| | Managed Svcs (PL's 2A, 25 6L only) | PQ, T5, TB, T2, 2D, T4, WS |
| | PNB (PL 6H) | IPG Supplies 1N, AU, 5T |

| Part Period | Semi Annual |
|---|---|
| Accelerator Rate | 2.5x, 5.0x |
| Performance level threshold | 80% |

| Attach Metric | PL Definitions |
|---|---|
| ESS Metric | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
| HPS Metric | PL's 7G, 4J, JN, R4, 06, 72, R8 |
| PSG Metric | PL's 8F, MP, 9H, 9J, MG, BO, TB |
| IPG Metric | PL's AK, C5, DU, 7T, 2A, R4, 6A, 9C |

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219261



## AMS Solutions Partner Organization
## PSG SPO Generalist – Vol Distrib CA

GCSP802A

| Metric Name | Wt | A/G | D/I (fulfillment) | | Key Metric Description | ISS, IPG Comm, PSG Comm, IPG Supplies | BCS, SWD, SW, Tech Svcs, Mgd Svcs, PNB |
|---|---|---|---|---|---|---|---|
| PSG SPO Vol Acct Rev | 50 | A | I | | | ISS: 4U, LA, MV, SI, SY, TN | BCS:1X, 23, 61, 2M, HA, NW, TQ, TR |
| PSG SPO Value Acct Rev | 25 | A | I | | | PSG Comm: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB | SWD:1Y, 3C, LI, LJ, LK, LL, LM, LN, 7A |
| PSG SPO PBM ESS Attach AMS | 6.25 | G | I | | | IPG Comm: 27,2A,2B,2N,2O,30,4X,5 M,6A,7I,83,9A,9C,A5,A | SW: 2K, LH, TH, TK, 32, 33, 87, 2E, 8S, TE, TF, TG, 2B, 2F, 8I, EF, D3 |
| PSG SPO PBM HPS Attach AMS | 6.25 | G | I | | | K,O2,O5,DA,DE,DL,JP, D U,HQ,XN,XP,K5,LF,LY, M3,MA,M8,MC,PQ, | Technology Svcs: 06, 2P, 4J, 72, 7Q, JN, R4, R7, R8 |
| PSG SPO PBM PSG Attach AMS | 6.25 | G | I | | | T5,TB,,T2,2D, T4, WS | Managed Svcs (PL's 24, 25 6L only) |
| PSG SPO PBM IPG Attach AMS | 6.25 | G | I | | | IPG Supplies: 1N, AU, 5T | PNB (PL 6H) |

| Part Period | Semi-Annual | | Attach Metric | |
|---|---|---|---|---|
| | | | ISS Metric | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
| Accelerator Rate | 2.5x, 5.0x | | IPG Metric | PL's 7G, 4J, JN, R4, 06, 72, R8 |
| Performance level threshold | 60% | | PSG Metric | PL's 9F, MP, 9H, 9J, MG, BO, TB |
| | | | IPG Metric | PL's AK, C5, DU, 7T, 2A, R4, 6A, 9C |

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219262

AMS Solutions Partner Organization

# PSG SPO Spec - ESS AMS

*hp*

GMSH805A

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO ESS Rev | 75 | A/G | I/D |
| PSG SPO ESS Attach AMS | 25 | A/G | I/D |

| Part Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

| Rev Metric Description | BCS, ISS, SWD, Tech Svcs |
|---|---|
| | BCS 1X, 23, 61, 2M, HA, MW, TQ, TR |
| | ISS 4U, LA, MV, SI, SY, TN |
| | SWD 1Y, 3C, LI, LJ, LK, LL, LM, LN, 7A |
| | Technology Svcs 06, 72, JN, R8 |

| PSG SPO ESS Attach AMS | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL |
|---|---|

11   October 2002          HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

*hp invent*

Confidential Subject to Protective Order

HP00219263

AMS Solutions Partner Organization
## PSG SPO Spec - HPS CA



GCSH806A

| Metric Name | Wt | A/G | D4 (fulfillment) |
|---|---|---|---|
| PSG SPO Tech Svcs Rev | 75 | G | D & I |
| PSG SPO HPS Attach AM9 | 25 | G | D & I |

| Rev Metric Description | Tech Svcs |
|---|---|
| | Technology Svcs 06, 24, 25, 2P, 4J, 6L, 72, 7Q, JN, R4, R7, R8 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

| PSG SPO HPS Attach AM9 | PL's 7G, 4J, JN, R4, 06, 72, R8 |
|---|---|

34   October 2007        HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219264

AMS Solutions Partner Organization
## PSG SPO Spec - IPG AMS

GCSH807A

| Metric Name | Wt | A/G | D1 (fulfillment) |
|---|---|---|---|
| PSG SPO IPG Rev CY 2 | 75 | A | I |
| PSG SPO IPG Attach AMS | 25 | A | I |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

| Key Metric Descriptions | PSG SPO: IPG, Tech Svcs, Supplies Rev AMS |
|---|---|
| | IPG Comm 27,2A,2B,2N,2Q,30,4X,5M,6 A,7T,83,8A,9C,A8,AK,C2,C5 ,DA,DE,DL,JP,DU,HQ,KN,K P,KS,LF,LY,M3,MA,MB,MC, PQ, T5,T8,,T2,2D, T4, WS |
| | Technology Svcs PL's R4, 2P |
| | Supplies 1N, AU, 5T |

| PSG SPO IPG Attach AMS | PL's AK, C5, DU, 7T, 2A, R4, 6A, 9C |
|---|---|

35   Feb-Jun 2007      HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219265

## AMS Solutions Partner Organization
# PSG SPO Spec - PSG CA

GCSH808A

| Metric Name | Wt | A/G | Dri (fulfillment) |
|---|---|---|---|
| PSG SPO: Tech Svcs, PSG Comm Rev CA | 75 | A or G | I/D |
| PSG SPO PSG Attach AMS | 25 | A or G | I/D |

| Rev Metric Designation | PSG SPO: Tech Svcs, PSG Comm Rev CA |
|---|---|
| | PSG Comm: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB |
| | PSG Consumer 9G,KV,2G,2H,5J Technology Svcs PL R7 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

| PSG Attach Attach AMS | PL's 9F, MP, 9H, 9J, MG, BO, TB |
|---|---|

V1   October 2007        HP Confidential

36          Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order
HP00219266



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219267



AMS Solutions Partner Organization

## PSG SPO Spec - IPG AMS 2

GCSH807B

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO IPG Rev CA 3 | 75 | A/G | I/D |
| PSG SPO IPG Attach AMS | 25 | A/G | I/D |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

**IPG Comm, Tech Svcs, IPG Supplies**

IPG Comm
27,2A,2B,2N,2O,3O,4X,5M,6 A,7T,83,9A,9C,A5,AK,C2,C5 DA,DE,DL,JP,DU,HO,KN K P,KS,LF,LY,M3,MA,M8,MC, PO, T5,T8,T2,2O, T4, WS

IPG Supplies 1N, AU, 5T

Technology Svcs (PL's R4, 2P only)

**PSG SPO IPG Attach AMS**  PL's AK, C5, DU, 7T, 2A, R4, 8A, 9C

38    October 2007    HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219268



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219269

AMS Solutions Partner Organization
# PSG SPO Spec – ISS AMS CA

GCSH821

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO ISS Rev CA | 75 | G | D & I |
| PSG SPO ISS Attach AMS | 25 | G | D & I |

| Rev Metric Dependents: | PSG SPO ISS, Tech Svcs Rev CA |
|---|---|
| | ISS 4U, LA, MV, SI, SY, TN |
| | Technology Svcs PL 06 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Performance level threshold | 60% |

| PSG SP Client Attach AMS: | ISS SI, 4U, 06 LM, 3C LI, 1Y, LL, LK, R8 |
|---|---|

40   October 2007   HP Restricted

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219270



FY08 PSG SPO
Sales Incentive Plans

LAC

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219271



- Now that we have reviewed the business priorities, design priorities, sales roles, and summary of changes, we will review the Sales Comp Plans for FY08
- First, please take a few minutes to familiarize yourself with how to read the plan slides



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219272

AMS Solutions Partner Organization
**PSG SPO Sales Manager**

V1R5 

GLSP850AXXLX

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Volume Rev LX | 50 | A | I |
| PSG SPO Value Rev LX | 25 | A | I |
| PSG SPO PBM ESS Attach AMS | 6.25 | A | I |
| PSG SPO PBM HPS Attach AMS | 6.25 | A | I |
| PSG SPO PBM PSG Attach AMS | 6.25 | A | I |
| PSG SPO PBM IPG Attach AMS | 6.25 | A | I |

| Rev Metric Descripti on | PSG SPO Volume Rev LX | PSG SPO Value Rev LX |
|---|---|---|
| | ISS: 4U, LA, MV, SI, SY, TN | BCS 1K, 23, 61, 2M, 2K, HA, NW, TQ, TR |
| | IPG: 27, 30, 83, 2A, 2B, 2N, 2Q, 4X, 5M, 6A, 7T, , 6A, 9C, AK, C2, C5, DL, DU, HO, KN, KP, LF, LY, , MA, MC, PO, R6, T2, T4, T5 T6, WS | SWD: 1Y, 3C, LI, LJ, LK, LL, LM, LN |
| | | Technology Svcs 06, 2P, 4J, 72, 7G, JN, R4, R7, R8 |
| | PSG: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BQ, MG, MP, TA, TB | Managed Svcs: no credit |
| | | Software: no credit |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x, 5.0x |
| Threshold | 50% |
| Notes | |

| Attach Metric | PL Definitions |
|---|---|
| ESS Metric | PL's SI, 4U, 23, LK, 1Y, 3C, LI, LL |
| HPS Metric | PL's 7G, 4J, JN, R4, 06, 72, R8 |
| PSG Metric | PL's 9F, MP, 9H, 9J, MG, BO, TB |
| IPG Metric | PL's AK, C5, DU, 7T, 2A, 6A, 9C |

41    October 2007    HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

**Confidential Subject to Protective Order**

HP00219273



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219274

V1R5

## AMS Solutions Partner Organization
# PSG SPO Spec – TSG ESS/SW LX

RLSH818AXXLX

| Metric Name | Wt | A/G | DH (fulfillment) |
|---|---|---|---|
| PSG SPO BCS/ISS & Storage Rev LX | 50 | A | I |
| PSG SPO Rev LX 2 | 25 | A | I |
| PSG SPO ESS Attach AMS | 25 | A | I |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO BCS/ISS & Storage Rev LX | PSG SPO Rev LX 2 |
|---|---|
| ISS: 4U, LA, MV, SI, SY | ISS: 4U, LA, MV, SI, SY |
| BCS: 1X, Z3, 2M, 61, HA, NW | BCS: 1X, Z3, 2K, 2M, 61, HA, NW |
| ISS: 4U, LA, MV, SI, SY, 06 | SWD: 1Y, 3C, LH, LI, LJ, LK, LL, LM, LN |
| SWD: 1Y, 3C, LI, LJ, LK, LL, LM, LN | NPS: 06, 2P, 4J, 72, 7G, JN, R4, R7, R5 |
| | Software, no credit |

| PSG SPO ESS Attach AMS |
|---|
| PL's SI, 4U, Z3, LK, 1Y, 3C, LI, LL |

45   October 2007   HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

**Confidential Subject to Protective Order**

HP00219275



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219276



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order



HP00219277



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219278



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219279



AMS Solutions Partner Organization                                    V1R4

## PSG SPO Spec - PSG LX PSG Specialists commercial

GLSH808ABXLX

| Metric Name | WR | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO PSG Rev LX | 75 | A | I |
| PSG SPO PSG Attach AMS | 25 | A | I |

| | |
|---|---|
| Rev Metric Description | PSG SPO PSG Rev LX |
| | PSG: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, BO, MG, MP, TA, TB, 9F |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 50% |

| | |
|---|---|
| PSG SPO PSG Attach AMS | PL's 9F, MP, 9H, 9J, MG, BO, TB, R7 |

Use in Brazil

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order                    HP00219280



AMS Solutions Partner Organization

V1R4

## PSG SPO Spec - PSG LX PSG Specialists handhelds

GLSH808ACXLX

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO PSG Rev LX | 75 | A | I |
| PSG SPO PSG Attach AMS | 25 | A | I |

| Rev Metric Description | PSG SPO PSG Rev LX |
|---|---|
| | PSG 21 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 50% |

| PSG SPO PSG Attach AMS | PL's 9J |
|---|---|

Use in Brazil

51     03-Feb-2007     HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219281



AMS Solutions Partner Organization

# PSG SPO Spec - Workstations US

GUSH810AXXUS

| Metric Name | Wt | A/G | D4 (fulfillment) |
|---|---|---|---|
| PSG SPO Workstations Rev US | 75 | A | I |
| PSG SPO Workstations Attach US | 25 | A | I |

| Rev Metric Description | PSG SPO Workstations; 5X, 9H, TB. Rev US |
|---|---|
| | PSG PL's 5X (Workstation Systems); 9H (Workstation Brand Options); TB (Workstation Displays) |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |
| Notes: | 6-8 people, changed plan, no need for middle metric – focused purely on workstations through targeted resellers |

| PSG SPO Workstations Attach | PSG PL 9H, TB, 9F, 9J, BO, MG, MP |
|---|---|

52   October 2007   HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219282



FY08 PSG SPO
Sales Incentive
Plans

US



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219283



- Now that we have reviewed the business priorities, design priorities, sales roles, and summary of changes, we will review the Sales Comp Plans for FY08

- First, please take a few minutes to familiarize yourself with how to read the plan slides

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219284

AMS Solutions Partner Organization
## PSG SPO Services US



RUSH850

| Metric Name | Wt | A/G | D/I (fulfillment) | Rev Metric Description | PSG SPO Services New Rev US | PSG SPO Services Renewal Rev US |
|---|---|---|---|---|---|---|
| PSG SPO Services New Rev | 75 | A | I | | PLs 06, 24, 25, 2P, 4J, 6L, 72, 7G, JN, R4, R7, R8 | PLs 06, 24, 25, 2P, 4J, 6L, 72, 7G, JN, R4, R7, R8, REN |
| PSG SPO Services Renewal Rev | 25 | A | I | | | |

| Part Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |
| Notes: | |

55   Jul-dec 2007   HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219285



AMS Solutions Partner Organization
## PSG SPO Spec - Workstations US

GUSH810

| Metric Name | Wt | A/G | D/I (fulfillment) | | Rev Metric Description | PSG SPO Workstations; 5X, 9H, TB. Rev US |
|---|---|---|---|---|---|---|
| PSG SPO Workstations Rev US | 75 | A | I | | | PSG-PL's 5X (Workstation Systems), 9H (Workstation Brand Options), TB (Workstation Displays) |
| PSG SPO Workstations Attach 2 | 25 | A | I | | | WKS |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 80% |
| Notes: | |

| PSG SPO Workstations Attach 2 | PSG-PL 9H, TB, 9F, 9J, BO, MG, MP |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order
HP00219286



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219287



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219288

AMS Solutions Partner Organization
## PSG SPO Spec - Ptnr Leasing US

RUSH828

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Partner Leasing Rev | 50 | A | I |
| PSG SPO Partner Leasing Margin | 50 | A | I |

| Rev Metric Description | PSG SPO Partner Leasing Rev | PSG SPO Value: BCS, SWD, Tech Svcs, Rev AMS |
|---|---|---|
| | PL FS1 | PL FS2 |

| Perf Period | Semi Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 80% |
| Notes | |

59   October 2007   HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219289



AMS Solutions Partner Organization

## PSG SPO Generalist - Vol PBM AMS

GMSH802A

| Metric Name | Wt | A/G | D1 (fulfillment) |
|---|---|---|---|
| PSG SPO Volume Rev AMS | 50 | A | I |
| PSG SPO Value Rev AMS | 25 | A | I |
| PSG SPO PBM ESS Attach US | 6.25 | A | I |
| PSG SPO PBM HPS Attach US | 6.25 | A | I |
| PSG SPO PBM PSG Attach US | 6.25 | A | I |
| PSG SPO PBM IPG Attach US | 6.25 | A | I |

| Perf Period | Semi-Annual |
|---|---|
| Acceleration Rate | 2.5x, 5.0x, 6.0x |
| Threshold | 60% |

| Rev Metric Description | PSG SPO Volume: ISB, IPG, PSG Rev AMS | PSG SPO Value: BCS, SWD, Tech Svcs, Rev AMS |
|---|---|---|
|  | ISS 4U, LA, MV, SI, SY TN | BCS:1X, 23, 61, 2M, HA, TQ, TR |
|  | IPG: 27, 30, 63, 2A, 2B, 2N, 4X, 5M, 6A, 7T, , 8A, AK, C2, C5, DL, DU, KN, KP, LF, LY, , MA, MC, PQ, R6, T2, T4, T5 T6,WS, TT | SWD: 1Y, 3C, LI, LJ, LK, LL, LM, LN |
|  |  | Technology Svcs 06, 24, 25, 2F, 4J, 6L, 72, 7G, JN, R4, R7, R8 |
|  | PSG, 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, MG, MP, TA, TB | PNB (PL 6H) |

| Attach Metric | PL Definitions |
|---|---|
| ESS Metric | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LJ, TN, ESA |
| HPS Metric | PL's 06, 4J, 72, 7G, JN, R4, R8 |
| PSG Metric | PL's 9F, 9H, 9J, BO, MG, MP, TB |
| IPG Metric | PL's 2A, 6A, 7T, AK, C5, DU, R4, R8, T4 |

60    October 2007    HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219290



AMS Solutions Partner Organization
## PSG SPO Generalist – Val PBM AMS

GMSP803

| Metric Name | Wt | A/G | Df (fulfillment) | Rev Metric Description | PSG SPO Value: BCS, SWD, Tech Svcs, PNB Rev AMS | PSG SPO Volume: ISS, IPG, PSG Rev AMS |
|---|---|---|---|---|---|---|
| PSG SPO Value Rev AMS | 50 | A | I | | | ISS: 4U, LA, MV, SI, SY, TN |
| PSG SPO Volume Rev AMS | 25 | A | I | | BCS, 1X, 23, 51, 2M, HA, TQ, TR | IPG: 27, 30, 83, 2A, 2B, 2N, 4X, 5M, 6A, |
| PSG SPO PBM ESS Attach US | 6.25 | A | I | | SWD, 1Y, 3C, LI, LJ, LK, LL, LM, LN | 7T, 8A, AK, C2, C5, DL, DU, KN, KP, LF, |
| PSG SPO PBM HPS Attach AMS | 6.25 | A | I | | Technology Svcs 06, 24, 25, 2P, 4J, | LY, MA, MC, PQ, R6, T2, T4, T5 |
| PSG SPO PBM PSG Attach AMS | 6.25 | A | I | | 6L, 72, 7G, JN, R4, R7, R8 | T8,WS, TT |
| PSG SPO PBM IPG Attach US | 6.25 | A | I | | PNB (PL 6H) | PSG, 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, |
| | | | | | | BO, MG, MF, TA, TB |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x, 5.0x |
| Threshold | 60% |

| Attach Metric | PL Definitions |
|---|---|
| ESS Metric | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL, TN, ESA |
| HPS Metric | PL's 7G, 4J, JN, R4, 06, 72, R8 |
| PSG Metric | PL's 9F, MF, 9H, 9J, MG, BO, TB |
| IPG Metric | PL's AK, C5, DU, 7T, 2A, R4, 6A, R6, T4 |

61    October 2007    HP Confidential

61    Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order    HP00219291



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219292



AMS Solutions Partner Organization
## PSG SPO Spec - ESS US
GUSH805

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO ESS Rev US | 75 | A | I |
| PSG SPO ESS Attach US | 25 | A | I |

| Rev Metric Description | PSG SPO ESS: BC8, SWD, ISS Rev US |
|---|---|
|  | BCS:1X, 23, 61, 2M, HA, TQ, TR |
|  | SWD :1Y, 3C, LI, LJ, LK, LL, LM, LN |
|  | ISS :4U, LA, MV, SI, SY, TN |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |
| Notes | Use by Pre-Sales only |

| PSG SPO ESS Attach US | PL's SI, 4U, 06, 23, 72, LK, JN, R8, 1Y, 3C, LI, LL, TN, ESA |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219293



AMS Solutions Partner Organization
## PSG SPO Spec - HPS US

GUSH806

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO HPS Rev US | 75 | A | I |
| PSG SPO HPS Attach US | 25 | A | I |

| Key Metric Description | PSG SPO HPS: Tech Svcs, Rev US |
|---|---|
| | Technology Svcs 06, 24, 25, 2P, 4J, 6L, 72, 7G, JN, R4, R7, R8, REN |

| Pmt Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO HPS Attach US | PL's 7G, 4J, JN, R4, 06, 72, R8 |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219294

AMS Solutions Partner Organization
## PSG SPO Spec - HPS CSP US

RUSH806

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO HPS Rev US | 50 | A | I |
| PSG SPO HPS Rollup Rev US | 25 | A | I |
| PSG SPO HPS Attach US | 25 | A | I |

| | PSG SPO HPS: Tech Svcs Rev US (Assigned CSP) | PSG SPO HPS: Tech Svcs Rollup Rev (All CSP's) |
|---|---|---|
| | Technology Svcs 06, 24, 25, 2P, 4J, 6L, 7Z, 7G, JN, R4, R7, R8 | Technology Svcs 06, 24, 25, 2P, 4J, 6L, 7Z, 7G, JN, R4, R7, R8 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO HPS Attach US | PL's 7G, 4J, JN, R4, 06, 77, R8 |
|---|---|

65    October 2007          HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order                    HP00219295

AMS Solutions Partner Organization

# PSG SPO Spec - IPG US

GUSH807A

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO IPG Rev U9 | 75 | A | I |
| PSG SPO IPG Attach U9 | 25 | A | I |

| Part Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| Rev Metric Description | PSG SPO IPG Tech Svcs Rev US |
|---|---|
| | IPG 27, 30, 83, 2A, 2B, 2N, 4X, 5M, 6A, 7T, 8A, AK, C2, C5, DL, DU, KN, KP, LF, LY, MA, MC, PQ, R6, T2, T4, T5, T8, WS, TT |
| | Technology Svcs PL's R4, 2P |

| PSG SPO IPG Attach U9 | PL's AK, C5, DU, 7T, 2A, R4, 6A, R8, T4 |
|---|---|

A5 October 2007 HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219296



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219297



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order



HP00219298

AMS Solutions Partner Organization

# PSG SPO Spec - PSG US

GUSH808

| Metric Name | Wt | A/G | Dri (fulfillment) |
|---|---|---|---|
| PSG SPO PSG Rev US | 75 | A | I |
| PSG SPO-PSG Attach US | 25 | A | I |

| Metric Description | PSG SPO PSG Rev US |
|---|---|
| | PSG: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, MG, MP, TA, TB |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO PSG Attach US | PL's 9F  MP  9H  9J, MG  BO, TB |
|---|---|

FY - October 2007          HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219299

AMS Solutions Partner Organization
## PSG SPO Spec – PSG CSP US

RUSH808

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO PSG Rev US | 50 | A | I |
| PSG SPO PSG Rollup Rev US | 25 | A | I |
| PSG SPO PSG Attach US | 25 | A | I |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 5.0x |
| Threshold | 60% |

| Key Metric Description | PSG SPO PSG Rev US | PSG SPO PSG Rollup Rev |
|---|---|---|
| | PSG: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, MG, MP, TA, TB | PSG: 21, 2C, 5X, 7F, 8F, 9H, 9J, AN, BO, MG, MP, TA, TB |

| PSG SPO PSG Attach US | PL's 9F, MP, 9H, 9J, MG, BO, TB |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order
HP00219300



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219301



AMS Solutions Partner Organization
## PSG SPO Spec - SWD US

GUSH820

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO Storage Rev US | 75 | A | I |
| PSG SPO Storage Attach US | 25 | A | I |

| | |
|---|---|
| Key Sales Description | PSG SPO Storage, Tech Svcs Rev US |
| | SWD: 1Y, 3C, LI, LJ, LK, LL, LM, LN |
| | Technology Svcs PL R8 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| | |
|---|---|
| PSG SPO Storage Attach | SWD: LK, R8, LL |

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219302



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219303



AMS Solutions Partner Organization
## PSG SPO Lead Spec - SWD US
RUSH844

| Metric Name | Wt | A/G | Dt (fulfillment) |
|---|---|---|---|
| PSG SPO Storage Rev US | 50 | A | I |
| PSG SPO Rev AMS | 25 | A | I |
| PSG SPO Storage Attach US | 25 | A | I |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO Storage Tech Svcs Rev US | PSG SPO: BC5, SWD, Tech Svcs, PNB, ISS, IPG, PSG Rev AMS |
|---|---|
| SWD: 1Y, 3C, U, LJ, LK, LL, LM, LN | BC5: 1X, 23, 61  2M, HA, TQ, TR |
| Technology Svcs PL R8 | SWD: 1Y, 3C, LI, LJ  LK, LL, LM, LN |
|  | Technology Svcs 06, 24, 25, 2P, 4J, 6L, 72, 7G, JN, R4  R7, R8 |
|  | PNB (PL 6H) |
|  | ISS: 4U, LA, MV, SI, SY, TN, |
|  | IPG: 27, 30, 83, 2A, 2B, 2N, 4X, 5M, 8A, 7T, 8A, AK, C2, C5, DL, DU, KN, KP, LF, LY, MA, MC, PO, R6, T2, T4, T5 T8, WS, TT |
|  | PSG: 21, 2C, 5X, 7F, 9F, 9H, 9J, AN, BO, MG, MP, TA, TB |

| PSG SPO Storage Attach US | SWD: LK, R8, LL |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219304



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219305



## AMS Solutions Partner Organization
# PSG SPO Spec - ISS AMS

GUSH821

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO ISS Rev AMS | 75 | A | I |
| PSG SPO ISS Attach US | 25 | A | I |

| | PSG SPO ISS, Tech Svcs Rev AMS |
|---|---|
| | ISS 4U, LA, MV, SI, SY, TN Technology Svcs PL 06 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| | ISS, SI, 4U, 06 LM, 3C, LI, 1Y, LL, LK, TN |
|---|---|

October '007       HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219306

AMS Solutions Partner Organization

# PSG SPO Spec – ISS CSP US

RUSH821

| Metric Name | Wt | A/G | DM (fulfillment) |
|---|---|---|---|
| PSG SPO ISS Rev AMS | 50 | A | I |
| PSG SPO ISS Rollup Rev AMS | 25 | A | I |
| PSG SPO ISS Attach US | 25 | A | I |

| | PSG SPO ISS, Tech Svcs Rev AMS (Assigned CSP) | PSG SPO ISS, Tech Svcs Rollup Rev (All CSP's) |
|---|---|---|
| | ISS: 4U, LA, MV, SI, SY, TN | ISS: 4U, LA, MV, SI, SY, TN |
| | Technology Svcs PL 06 | Technology Svcs PL 06 |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 5.0x |
| Threshold | 60% |

| | ISS: SI, 4U, 06, LM, 3C, LI, 1Y, LL, LK, TN |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219307



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219308



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219309



AMS Solutions Partner Organization
# PSG SPO Spec - BCS US

GUSH824

| Metric Name | Wt | A/G | D/I (fulfillment) |
|---|---|---|---|
| PSG SPO BCS Rev US | 75 | A | I |
| PSG SPO BCS Attach US | 25 | A | I |

| Metric Description | PSG SPO BCS, Tech Svcs Rev US |
|---|---|
| | BCS 1X, 23, 61, 2M, HA, TQ, TR Technology Svcs PL's 72, JN |

| Perf Period | Semi-Annual |
|---|---|
| Accelerator Rate | 2.5x |
| Threshold | 60% |

| PSG SPO BCS Attach US | 23, 72, JN, LM, LN, LJ, LK |
|---|---|

50    October 2002    HP Confidential

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219310



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219311



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order



HP00219312

AMS Solutions Partner Organization
## PSG SPO Spec – ISS & BCS US

GUSH826

| Metric Name | Wt | A/G | D1 (fulfillment) |
|---|---|---|---|
| PSG SPO ISS-BCS Rev US | 75 | A | I |
| PSG SPO ESS Attach US | 25 | A | I |

| | |
|---|---|
| Perf Period | Semi-Annual |
| Accelerator Rate | 2.5x |
| Threshold | 60% |
| Notes | Use by Pre-Sales only |

| Key Metric Description | PSG SPO ISS-BCS Rev US |
|---|---|
| | BCS: 1X, 23, 61, 2M, HA TQ, TR |
| | ISS: 4U, LA, MV, SI, SY, TN |

| PSG SPO Eligibility Attach US | PL's SI, 4U, 06, 23, 72, LK, JN, R6, 1Y, 3C, LI LL, TN, ESA |
|---|---|

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219313

# Conclusion



© 2006 Hewlett-Packard Development Company, L.P.
The information contained herein is subject to change without notice.

- This section concludes the FY08 SC Plan Communication Session and includes some very important web site links for you.

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219314



- The FY08 SC Plans will be available via the URL on this slide, you may pause the video now to write down the URL's or this entire section will be available for download on the entry page of Grow@hp so that you may easily hyperlink to all of these web sites in this section.

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219315



• Also posted on the website where you can find the SC plans, there are reference materials for Sales Comp Operations.

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00219316



### Global Sales Compensation Policy

- Employees are encouraged to review the entire Sales Compensation Policy document housed on the Global E2E Sales Compensation web site:
  - http://wwsalescomp.corp.hp.com/Policy/GSCPolicy.html



October 2007                    HP Confidential

- An important reference document is the Global Sales Compensation Policy.  Sales managers and employees are encouraged to review the policy, located on the E2E Sales Compensation website.

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219317



## Your voice counts!

· Please access the following URL to provide feedback on the FY08 Sales Compensation Plan Communication Session:

– http://survey.corp.hp.com/2wMKAZJ/Link.html



October 2007    HP Confidential

- Thank you for attending today's session
- Your feedback is needed in order to maintain the highest level of quality and improve future communications for you
- Read slide



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00219318



- Thank you for taking the time to review the FY08 Sales Compensation Plan Communication Session. The Sales Compensation Team hopes that this information was beneficial to you and wish you the utmost success in FY08.



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order
HP00219319

# EXHIBIT 16

Last updated on June 10 ,2009 by
Maryhelen Durff

# OMEGAOnline Start-up Guide

## What you need to know...

- The Comp plan components are named differently than FY08. A matrix is being developed to help you understand the naming convention.
- All sales assignment changes approved through TSG Governance as of May 22 have been completed in OMEGA and reflected in your June 30 settlement.
- Sales Letters are currently being updated with sales assignment changes and will be released as soon as they are audited.
- Manual Claims is open now and will be throughout the year
- The Global Incentive Statement (GIS) is updated monthly and may not align with daily OMEGAOnline content

## I still need help --

- Reach out to your SCO Support representative
- Take OMEGAOnline Training through ASQ Academy

Hyperlinks accessed in presentation mode.

| | |
|---|---|
| Order number or Invoice number | From the 'Reports for an individual' menu: <br> 1. Choose Find Transactions on the left nav <br> 2. Select period <br> 3. Enter order number or invoice number <br> *Note: the larger the period, the longer the processing time |
| Product Line, AMID, Customer name | From the 'Reports for an individual' menu: <br> 1. Choose the Sales Credit Reporting menu item. <br> 2. Then choose the View Credits by Customer (AMID2) (or one of the other options - Product line, Customer Name, Customer (AMID4) or Business Unit/Customer <br> 3. Set the Period to be Cumulative - or monthly by quarter or by half <br> 4. The last step is to select the By Plan Component. Choose Quota Non-Paying to see a detail list of all plan components. <br> *Note: When entering Customer name, use the wild card key to open your options e.g. instead of "Microsoft" use "Micro" |
| Overall Performance to my sales plan | From the 'Reports for an individual' menu: <br> 1. Choose the Individual Performance menu item. <br> 2. Your overall performance to your sales plan is shown on the first screen <br> 3. As usual you may drill down on any underlined value |

Confidential Subject to Protective Order

1

HP00314657

# EXHIBIT 17

| From: | Americas Sales Comp Ops |
|---|---|
| Sent: | Wednesday, April 25, 2007 10:35 PM |
| To: | Americas Software All |
| Cc: | Kidd-Directs; SCO-AMS; Barsamian, Sue; Kerr, Alan; Roy, Craig; Wong, Rocky; Scott, David Edward (VP,Software-Americas); Neal, Charles; Carter, Elizabeth M (Liz) |
| Subject: | US Sales Comp Memo: Important US Sales Compensation Resources & Tools |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Blue |

| Attachments: | Picture (Enhanced Metafile) |
|---|---|



**Americas Sales Compensation Ope**
April 25

## To: US HP SW Sales Team
## From: Becky Kidd, Sales Compensation Operations
## Subject: Important US Sales Compensation Resources and Tools

The purpose of this message is to provide guidance on accessing US Sales Compensation tools and address some commonly asked questions. We realize that easy access to clear terms and accurate commission information is a "must have" for a world-class sales team.  While we work on on-going improvements to our systems and documentation, please use the instructions below for quick access to valuable existing information.

Please keep in mind that most of the information can be accessed from the Personal Information Page (PIP) located on the <u>Americas SCO web site</u>.

### How do I calculate my commissions earned?
The Compensation Awareness $ales Helper (C.A.$.H.) Calculator enables sales reps to calculate a total period incentive payment.
- Access Americas SCO Web site @ <u>http://americas-sales-comp.corp.hp.com/</u>
- Select "Personal Information Page (PIP)" located on horizontal menu bar
- Select "C.A.$.H. Calculator
    Rep must insert:
    - Annual Target Incentive Amount (TIA) located at the top of the PIP when you first log in.
    - Number of months on sales plan (HP = 12 mo., Mercury = 10 mo.)
    - PERFORMANCE for each revenue category. You will be able to view where you are to date against quota performance. So, if you're at 120%, you would enter 120%.
      C.A.$.H. will do the rest!!!

### Where do I go to see details on the actuals booked?
- Access Americas SCO Web site @ <u>http://americas-sales-comp.corp.hp.com/</u>
- Select "OMEGAonline" located on horizontal menu bar
- Select "Individual Performance"
  - Click on "Actuals" figure to drill down to details
### Where can I view my compensation plan details?
- Access Americas SCO Web site @ <u>http://americas-sales-comp.corp.hp.com/</u>
- Select "Personal Information Page PIP)" located on horizontal menu bar
- Select "1H07 Credit Comp Plan"

1

Confidential Subject to Protective Order

- Includes: Sales Role, Performance Period, URL Links to: personal sales letter/goal sheet, Plan Metrics, Plan Multipliers, and any Bonus/Spiff opportunities

For additional details of your plan, including product lines you're credited for, view your sales specialty code plan at: http://wwsalescomp.corp.hp.com/Plans/Americas/Americas_FY07_SCPlans.htm

Sales Compensation is also working on improving how to access all of your sales compensation plan details in a "one stop environment" for FY08.

Additional Sales Compensation questions may be addressed to the SCO Support Center at 1-800-244-1407 or send an email with your Business Unit: TSG in the subject line to SCO Support Center.  Turn around time for general questions regarding issues such as  sales comp plan  metrics and web tool access will be responded to within 24 hours.  More complicated crediting research   will receive an initial assignment within one business day and resolution within the sales calendar timelines posted on our website. (i.e. missing credits for indirect orders). You will receive an email confirmation when the support center receives your inquiry with a tracking number to reference.

---

### Top Six  Most Frequently Asked Questions:
We have heard from many of you that there are still questions regarding sales compensation. Here are a few of the most frequently asked questions. We are also hosting two Q&A webcast sessions on **May 1st & May 7th.** These webcasts are being hosted by Sales Compensation to provide additional details on how to access our web tools and help address any other sales compensation questions you may have.  Look for an invite soon to attend one of these two informational sessions!

### Most Recent Frequently Asked Questions:

1) **Q:** When should I expect to see credit for orders that go through a channel partner versus direct?
**A:** HP reporting partners can take between 30-45 days to report end user data for crediting.
*In Q1'07 HP experienced data latency issues with reporting partners that resulted in delayed Q1 credits. This issue has been resolved and credits for Q1'07 should show up in next week's Omega Online statements.*

2) **Q:** When can I expect to see credit for order requiring manual intervention including:
   -SuperGEO credits
   -Q2 Holdover Accounts credit splits
   - Multi-rep account credits and debits
**A:** All of these credit situations are through a manual process in partnership between Sales Compensation Operations & HP SW Sales Operations.
Sales Compensation *Operations & HP SW Sales Ops have been working on pulling the appropriate data for Q207 credits.  Those credits should be paid out in your May 31st and June 30th paychecks.  Ongoing credits and adjustments that require manual intervention will be paid a month in the arrears going forward.*

3) **Q:** When should I expect to see actuals for orders that I closed show up on my OMEGA Online statement:
**A:** OMEGA On-Line is updated on a weekly basis.  Every weekend we get a new feed from our data sources (i.e. order management).  For example: If you close a deal on April 18th, and it ships on April 19th, then you should see that credit show up in OMEGA Online the following week (April 23rd).  If it's an order that went through a channel partner, it could take up to 30-45 days to see this credit depending on when the partner reports end user data to HP.

4) **Q:** When should I expect to be paid on orders that close and ship in April?
**A:** HP pays commissions earned a month in the arrears, so if your order ships by the revenue reorganization cut off date, then you would be paid for your April shipments on May 31st.  All commission payouts are paid at the end of each month for the previous month shipments.

5) **Q:** I am a former Peregrine sales reps who is still owed 2H06 commissions earned, what should I expect to see that payment?

Confidential Subject to Protective Order                                                                                    HP00314654

**A:** Former Peregrine Sales managers, sales reps and Alliance reps will see their final 2H06 commission payments in the April 30th paycheck.  Data is still being processed for the final sales credit for the solution architect team.

6) **Q:** SAP has done a LoadRunner resale transaction in my territory.  Where can I find information on this transaction and when will I be commissioned on it?
**A:**  There is a team of people from finance, global alliances and sales operations working on this issue.  There are global revenue recognition and tax implications to these transactions.  Those implications need to be addressed before there is clarity on how you will get access to information or be commissioned on these transactions.  Look for an update from management in the near future.

**Confidential Subject to Protective Order**

HP00314655

# EXHIBIT 18



# FY05

# U.S. SALES COMPENSATION

# INCENTIVE PAY

# ADMINISTRATION POLICY

(previously known as the U.S. Sales Incentive Compensation Policy)

**Confidential Subject to Protective Order**

HP00010484

# Table of Contents

Introduction ........................................................................................................ 1

   TARGET INCENTIVES ........................................................................................ 2

Incentive Plans ................................................................................................... 3

   INCENTIVE COMPONENTS ............................................................................... 3

   ACCELERATED INCENTIVES ............................................................................. 3

   BONUS AND SPECIAL INCENTIVES FOR FOCUS (SPIF) COMPENSATION ...................... 4

   BENEFITS CALCULATION ................................................................................. 5

Participating in the Plan ..................................................................................... 6

   ACKNOWLEDGED GOAL SHEETS ....................................................................... 6

Incentive Pay Mechanics .................................................................................... 7

   PERFORMANCE PERIOD .................................................................................. 7

   PAYMENT FREQUENCY .................................................................................... 7

   INCENTIVE MULTIPLIERS ................................................................................. 7

   PAYMENT CAP ............................................................................................... 7

   PERIOD-TO-DATE MULTIPLIER METHODOLOGY ................................................... 8

   FOCUSED SALES OBJECTIVES (FSO) ................................................................. 8

   NEW TO SALES .............................................................................................. 8

   PAYMENT AT 100% TIA ................................................................................... 9

   OVERTIME FOR NON-EXEMPT WAGE CLASS ....................................................... 9

   CHANGES TO PAY OR JOB CODE ...................................................................... 9

   SALARY INCREASES ....................................................................................... 9

   PROMOTIONS ................................................................................................ 9

   PRORATION ................................................................................................. 10

   RETROACTIVE PLAN ASSIGNMENTS ................................................................ 18

   NEW PLANS OR PLAN MODIFICATIONS (MID-PERFORMANCE PERIOD) .................... 19

   ADJUSTMENTS TO SALES ASSIGNMENTS (MID-PERFORMANCE PERIOD) ................. 19

Draw ................................................................................................................. 20

   DEFINITION OF DRAW ................................................................................... 20

**Confidential Subject to Protective Order**        **HP00010485**

# Table of Contents

ELIGIBILITY FOR DRAW ............................................................................20

DRAW PAYMENTS ....................................................................................20

DRAW CALCULATION ..............................................................................21

DRAW RECOVERY ...................................................................................21

Liability................................................................................................22

NEGATIVE INCENTIVES ...........................................................................22

REPAYMENT ............................................................................................22

Incentive Performance Review ...............................................................23

Appendix A:  Incentive Pay Definitions .................................................24

Appendix B:  Documents Associated With Incentive Compensation ...27

Confidential Subject to Protective Order                                          HP00010486

# FY05 U.S. Sales Compensation

## Incentive Pay Administration Policy

This FY05 U.S. Sales Incentive Compensation Policy is intended solely for the use of U.S. Sales employees and those organizations that support them.   This book is intended for all incentive employees, including sales executive managers, participating in a sales incentive plan from November 2004 through October 2005 (FY05).

All U.S. Sales Incentive Credit and Compensation Plans (Sales Plans) and this Policy are Hewlett-Packard (HP) Restricted and for internal use only.

Nothing in the Sales Plans, U.S. Sales Incentive Credit Policy, or this Policy shall be construed to imply the creation of or existence of a contract between Hewlett-Packard and any participant, nor a guarantee of employment for any specified period of time. No Sales Plan participant will have any right to monies accrued through the plan until and unless all terms, provisions, and conditions, as set forth in the assigned Sales Plan have been met. Hewlett-Packard reserves the right to adjust the assigned Sales Plan to address significant unforeseen business issues.

Hewlett-Packard reserves the right to change this Policy, with or without notice, at any time.

**Employees leaving Hewlett-Packard are required to return this book and all materials concerning the FY05 U.S. Sales Incentive Compensation Plan to their managers.**

*Americas Sales Compensation Operations (SCO)*

**Confidential Subject to Protective Order**                    HP00010487

# Introduction

HP's Sales Compensation Program recognizes that while overall pay practices should be consistent throughout HP, specifically tailored sales incentive plans must be available to support the tactical sales objectives of each sales organization. This program enables HP to meet two important sales compensation objectives:

- **Global Sales Incentive Pay Consistency**

   The program is designed to ensure consistency of Sales Plans across HP through the application of a consistent incentive design methodology while affording flexibility to each sales organization in the design of unique compensation solutions for their field jobs. Plan design is based upon a standard framework determined by The Worldwide End to End (E2E) Sales Comp Organization. Exceptions to the standard framework must be approved by the Worldwide E2E Sales Comp Organization.

- **Business Focus**

   HP recognizes the Businesses serve diverse markets. The sales process and skill sets required to effectively serve each market may vary considerably by sales organization. HP seeks to enable each Business to develop Sales Plans to best meet their unique business needs.

To meet both of these objectives, similar jobs, regardless of sales organization, are being treated similarly regarding eligibility for sales compensation, on-target compensation levels, pay mix and multipliers. Each sales organization is engaged to establish performance measures, payment formulas and caps, performance period, payment frequency, and quota setting.

This document is the primary source of Incentive Compensation policy and practice within the United States. The Americas Sales Compensation Manager and/or the appropriate Sales Vice President must approve exceptions to this documented policy. The Corporate Sales Compensation Council and the Worldwide E2E Sales Compensation Organization are responsible for global policy that affects U.S. policy. For any discrepancies with worldwide policy, U.S. policy will prevail.

The following documents are sources of additional information related to incentive compensation policy issues. Incentive employees are expected to read these policies and discuss any questions with management. Any changes or exceptions to these policies must be approved by the responsible organization as indicated below.

| Policy | Web Address | Responsible Party |
|---|---|---|
| Corporate Marketing Policy (includes Sales Force Management Policy, Sales Credit Policy and Sales Awards Policy, Order Acceptance) | http://customerops.corp.hp.com/policies/index.html | Customer Relationship Management |
| U.S. Sales Incentive Credit Policy | http://americas-sales-comp.corp.hp.com/ | Americas Sales Compensation Operations Organization |
| Personnel Policies and Guidelines (PPG) (includes HP Staffing, Compensation, Benefits, Time Off and Termination Policies) | http://persweb.corp.hp.com/ppg/ | Human Resources |

These policies, as updated, supersede any prior policies. If any conflict or inconsistencies exist between these documents, this U.S. Sales Incentive Compensation Policy shall take precedence.

Confidential Subject to Protective Order                                                    HP00010488

## Incentive Plans

Incentive employees are paid a combination of a fixed base salary and variable incentive pay. Both components are contingent upon two critical company-issued codes, job code and OMEGA Sales Specialty Code.

**TARGET INCENTIVES**

Incentive pay is the variable portion of Total Compensation.  Incentive payments are based on goal attainment, determined by assigned Sales Specialty.  Target incentive is the amount that is paid for 100% goal attainment.  Target incentive is a fixed amount determined by Job Code and Job Level. Incentive employees will have the same Target Incentive when they have the following data elements in common:

- **Job Code**

    Job codes are created by Global Compensation and define Job Level and Job Family. Incorrect job codes will result in incorrect pay.  Managers are responsible for ensuring their sales employees have the correct sales job codes.

- **Job Level**

    Job Level refers to the typical responsibilities associated with a particular job.

- **OMEGA Sales Specialty Code**

    Each sales organization has unique codes to identify its sales incentive plans. The OMEGA Sales Specialty Code defines the following information:

    ➢ Applicable performance measures (volume, Focused Sales Objectives (FSO), bonus)

    ➢ Formulas, accelerators, and crediting rules associated with the incentive plan

    ➢ Performance Period (i.e., discrete monthly, quarterly, semi-annual or annual)

    Example:

| | |
|---|---|
| **Job Code** | 00962C |
| **Job Level** | Intermediate |
| **OMEGA Sales Specialty Code** | 5EAW1 |
| **Target Incentive** | $44,400 |
| **Performance Period** | Semi-Annual |

Target incentives are apportioned to one or more incentive plan components (volume and/or FSO goals). Refer to your Sales Plan, accessible from the Americas Sales Compensation Organization (SCO) website: http://americas-sales-comp.corp.hp.com

Confidential Subject to Protective Order

HP00010489

# Incentive Plans

## INCENTIVE COMPONENTS

Incentive components are the criteria by which an incentive employee's performance is linked to incentive compensation opportunities. Each incentive employee is assigned a Sales Incentive Credit and Compensation Plan and Goal Sheet that outline the incentive components that apply:

- **Volume Incentive**

  A volume incentive opportunity is the portion of total target incentive compensation that is based on sales volume performance against the quota for the defined performance period. Sales management will establish quotas for each sales representative based on their selling assignment.

- **Focused Sales Objectives FSOs**

  Some unique sales positions are paid on strategic objectives as opposed to pure volume performance.   Immediate managers are responsible for designing FSOs via a web-based on-line tool (in accordance with guidelines) in consultation with the employee and an Americas Segment Sales Incentive Design Lead at the beginning of each performance period.  FSOs are typically paid quarterly.

  The on-line FSO application and the detailed FSO Process Guidelines are available to the manager on the Americas Sales Compensation website: http://americas-sales-comp.corp.hp.com/

- **Other Performance Metrics**

  Other performance measures such as Margin Performance or Total Customer Experience (TCE) also may be included as incentive components of a defined Sales Plan.

- **Bonus and SPIFs**

  Additional incentive compensation may be available pursuant to the terms of documented and approved Bonus and SPIF programs.  Target payment, program period and payment frequency will vary by program.

## ACCELERATED INCENTIVES

Incentive employees may receive accelerated incentive rates for goal attainment over 100%.  Goal attainment for each incentive component can be independently measured.  Refer to your Sales Plan for specific details.

Confidential Subject to Protective Order

HP00010490

## Incentive Plans

**BONUS AND SPECIAL INCENTIVES FOR FOCUS (SPIF) COMPENSATION**

Approved On-Top Bonus and SPIF programs offer opportunities to earn incentives over and above those identified within the Sales Plan.  There are two types of incentive bonus programs: "On-Top" and "Special Incentives for Focus (SPIF)."

| | On-Top Bonus Progams | SPIF Programs |
|---|---|---|
| **Bonus Program Definition and Design Guidelines** | On-Top Bonus Programs are established at the beginning of a performance period as integral components of the Sales Plan to augment a key area. | SPIF Programs are developed and announced for implementation at any time during a performance period (though typically at the beginning of a quarter or half) to incent and reward focus on a particular product, market, or desired sales behavior.<br><br>SPIF programs typically involve contests or other competitive scenarios to meet a unique need within a short, specified period of time. |
| | On-Top Bonus and SPIF programs must be designed according to worldwide design guidelines documented by the Corporate Sales Compensation Council, the Worldwide E2E Sales Comp Organization and the U.S. E2E Sales Comp Organization.<br><br>On-Top Bonus and SPIF programs are designed to compensate with cash incentives only.  E-Awards and point-driven gift programs are not valid methods for compensating On-Top Bonus and SPIF programs.  On-Top Bonus and SPIF programs are administered by the Americas Sales Compensation Operations Organization. | |
| **Bonus Program Approval** | Approvals for on-top bonuses are obtained in the design phase of a new performance period. | SPIFs are typically implemented at the beginning of a quarter or half according to an established request submission/approval schedule. |
| | The Americas Sales Incentive Design Organization, Sales Vice President and Human Resources Vice President must review and approve all Bonus and SPIF programs before they are communicated to the targeted sales population(s). Bonus and SPIF programs must not interfere with each other or divert attention from defined Sales Plans. | |

**Confidential Subject to Protective Order**

HP00010491

## Incentive Plans

| Eligibility / Proration | Participation in a bonus program (On-Top or SPIF) is determined as follows: |
|---|---|
| | • Eligibility for incremental earnings opportunities is based on defined bonus program criteria is determined by job code and/or Sales Specialty. |
| | • Employee must be in an eligible job code and/or Sales Specialty, in active status, at the end of the bonus program period to be eligible to receive incentives under the program. |
| | • Employee must be an HP employee, in active status, at the time of bonus payment to receive bonus incentives earned (while in an eligible job code/position) under the program. |
| | • Employees on 100% Target Incentive Amount (TIA) are ineligible for bonuses. |
| | • For six month **SPIF** programs, employee must be in an eligible Sales Specialty for at least 50% of the program period to earn incentives under the program. If 50% time is met, the individual is eligible for the full (not pro-rated) bonus amount earned. If 50% of time is not met, employee is not eligible to earn any incentives under the SPIF program. |
| | • For three month **SPIF** programs, employee must be in an eligible Sales Specialty for at least the last full month of the program period to earn incentives under the program. If one month time period is met, the individual is eligible for the full (not pro-rated) bonus amount. If one month time period is not met, employee is not eligible to earn any incentives under the SPIF program. |
| | • **On-top bonus** earnings are pro-rated based on number of months in eligible Sales Specialty during the program performance period. |
| | • For more specific eligibility by program, refer to Bonus and SPIF program documentation, accessible from the Americas SCO website: http://americas-sales-comp.corp.hp.com/ |

**BENEFITS CALCULATION**

All volume and FSO incentive payments that are tied to pay-at-risk will be included in the total amount of pay for calculating stock purchase and 401k. Incentive employees are not eligible for the Company Performance Bonus (CPB) or Pay for Results (PFR). On-Top and SPIF Bonuses are not tied to at-risk pay and are not benefit-eligible. Benefits on incentive pay are recognized in the period incentives are paid. For further details regarding benefits please refer to the BeneFLEX information on the HP Portal.

Confidential Subject to Protective Order                                                    HP00010492

# Participating in the Plan

The following is required to participate in a HP Sales Plan:

- Eligible Sales Job Code for FY05

- OMEGA Sales Specialty Code for FY05

- FY05 goal sheet, acknowledged by Employee and Manager

- Active status in HR system, working 20-40 hours per week

## ACKNOWLEDGED GOAL SHEETS

The Americas Sales Compensation Operations (SCO) Organization owns quota setting and goal sheet information assignment.   Managers of plan participants are responsible for the process to ensure goal sheet review completion and acknowledgement at the manager and employee level.

All quarterly, semi-annual, and annual plans will have goal sheets created as early as possible in the plan performance period.  Electronic goal sheets are assigned and must be acknowledged within 30 days after the goal sheets are distributed.

All employees with sales responsibility must have an assigned and acknowledged goal sheet in place related to their sales assignment.  If a goal sheet is unsigned at the end of the 30-day period, immediate action will be taken to determine why it has not been acknowledged.

If the unsigned goal sheet situation is the result of "refusal" to sign by the incentive employee, sales incentives will not be paid beyond recoverable draw payments already issued until a resolution is determined.  With approval from Americas SCO and Human Resources, the individual may receive an additional month of recoverable draw payment while the situation is resolved if the resolution is not reached prior to a standard incentive payment cycle.  Final resolution of any such dispute is within the sole discretion of Americas SCO and Sales Management.

If the unsigned goal sheet situation is due to any other cause, sales incentives will be paid to the individual while the goal sheet status is resolved.  The Sales Manager must document in writing to Human Resources the reason for failure to comply with goal sheet processes and rectify the situation so a goal sheet is completed as quickly as practical.

If an incentive employee is on leave and unable to sign a goal sheet at the beginning of a performance period, and leave status extends beyond 90 days, the individual will not be considered an active participant in the plan during the first 90 days of leave.   For days 1 through 90, employee will be paid via the standard Short Term Disability policy.

If an incentive employee begins a leave for 90 days or more without goal sheet acknowledgement, goal sheet must be acknowledged immediately upon return from leave in order to participate in the Sales Plan. Goal sheet acknowledgement is not required if an incentive employee's accounts or territory was covered by another incentive employee in their absence.

Individuals terminating or transferring to a non-sales role prior to the assignment or acknowledgement of a goal sheet will be paid at 100% of the target incentive (pro-rated for the period of active status).  This amount is subject to recovery of any liabilities.

Confidential Subject to Protective Order                                                          HP00010493

## Incentive Pay Mechanics

The following explains the foundation of incentive pay mechanics and factors that determine an incentive payment.

### PERFORMANCE PERIOD

The performance period is the time period for measuring performance for incentive purposes. A quarterly, semi-annual or annual performance period utilizes total period goals (quota and/or focused sales objectives) as the basis for performance measurement.

### PAYMENT FREQUENCY

Payment frequency refers to how often an incentive payment is delivered to an employee. Payments generally occur monthly, quarterly, semi-annually or annually.  The payment frequency that applies to each incentive component is contained in the Sales Plan for each incentive employee.  Actual pay dates are identified in the Incentive Pay Calendar, which can be found on the Americas SCO website: http://americas-sales-comp.corp.hp.com/

### INCENTIVE MULTIPLIERS

Each performance measure within a Sales Plan has defined incentive multipliers.  Multipliers are applied depending on level of performance to deliver incentive pay at a defined rate for each identified threshold. Multipliers apply to under 100% performance (slope) as well as over 100% performance (accelerator). Attainment of 100% incentive component performance will result in total payment of 100% of the Target Incentive Amount assigned to that component.

An accelerated multiplier (accelerator) is applied to over-achievement performance (in excess of 100% goal attainment for the performance period) to deliver incentive pay at a higher rate.  For example, if the accelerator is 3, the rep will receive 3% of the entire performance period's target volume incentive for every 1% of quota achieved over 100% quota attainment.  Accelerators are calculated based on upside potential and ramps set for top performers so they may differ for various sales models and positions.

Accelerators may be "gated" in plans with single or multiple performance measures.  A standard gate is a performance threshold that must be met before any accelerators will be paid.  Accelerators for each performance measure may be deferred until the gate for each performance measure is met. Alternatively, each performance measure of a plan may offer standard and premium rate levels, based on meeting performance gates relative to  embedded sub-quotas.  Refer to your Sales Plan for specific details.

### PAYMENT CAP

Incentive pay may be capped in any given performance period based upon levels identified by the Worldwide E2E Sales Compensation Organization. The payment cap applies to total incentive earnings (exclusive of Bonus and SPIF earnings) for the performance period. Bonus and SPIF compensation is not subject to such payment cap.  Refer to your Sales Plan to determine the payment cap (based on a defined percent of TIA) that applies to your incentive pay.

**NOTE:**   If your payment cap is reached, OmegaOnline continues to report all credits and your accumulated performance percent.

Confidential Subject to Protective Order

HP00010494

# Incentive Pay Mechanics

## PERIOD-TO-DATE MULTIPLIER METHODOLOGY

The quota attainment percentage is determined by dividing the cumulative period-to-date sales by the quota that applies to the entire performance period, usually 3 or 6 months. For example, in the fifth month of a 6-month performance period, sales for one component for those five months will be measured against the 6-month quota for that component. This percentage is then multiplied by the target incentive amount allocated to this component for the entire performance period

If the period-to-date amount previously paid in the current performance period exceeds the amount calculated on a period-to-date basis, no incentive will be paid in the current payment period.

Following is an example of a monthly incentive payment frequency with a semi-annual performance period ("M" equals "month"):

| Performance Period (Quota) | Basis for Pay Calculation (Cumulative Sales) | Performance Calculation | Incentive Payment* |
|---|---|---|---|
| 6 Months | M1 | M1 sales/6 months quota | PTD earned |
| 6 Months | M1 thru M2 | M1 thru M2 sales/6 months quota | PTD earned less PTD payment |
| 6 Months | M1 thru M3 | M1 thru M3 sales/6 months quota | PTD earned less PTD payments |
| 6 Months | M1 thru M4 | M1 thru M4 sales/6 months quota | PTD earned less PTD payments |
| 8 Months | M1 thru M5 | M1 thru M5 sales/6 months quota | PTD earned less PTD payments |
| 6 Months | M1 thru M6 | M1 thru M6 sales/6 months quota | PTD earned less PTD payments |

**\*Not to exceed identified plan cap**

## FOCUSED SALES OBJECTIVES (FSO)

Eligible incentive employees may view their individual FSO goals and related calculations on the Americas Sales Compensation website: http://americas-sales-comp.corp.hp.com/

FSO definitions must be submitted at the beginning of a performance period. If an FSO payment approval is not submitted within the deadlines outlined in the FSO Process Guidelines, payment to the employee will occur in the next pay cycle.

## NEW TO SALES

New hires or employees transferring from another function into sales (if hired or transferred within the month/quarter) are treated as follows:

- Base + 100% target incentive paid for the designated period (i.e. monthly/quarterly)

- Paid via "NEW" Omega Sales Specialty Code from date incentive job code is assigned until active in incentive plan. The standard timeframe for payment at 100% target incentive is 2 full calendar months, or until required business training is complete. Payment of 100% target incentive for periods longer than 2 full calendar months (for reasons other than required business training) must be reviewed by the Americas Segment Sales Incentive Design Lead and approved by Americas Sales Compensation E2E Governance Council and Sales Vice President.

**Confidential Subject to Protective Order**                                                    HP00010495

# Incentive Pay Mechanics

- May be assigned to incentive plan as early as the first of the month following payment at 100% target incentive (whether on quarterly, semi-annual or annual plan).

**Example:**  Hire date is February 11.  Incentive plan start date could be March 1 (following month), April 1 (after one full month at 100% TIA payment), or May 1 (after two full months at 100% TIA payment).

- If the first of the month falls on a weekend or holiday, incentive plan assignments are effective for the full month.

**NOTE:** This methodology applies to automated and manually administered plans.

## PAYMENT AT 100% TIA

Some business situations may warrant payment of base pay plus 100% target incentive.  For payment of 100% TIA (for situations other than "New to Sales" explained above) approval is required from the Americas E2E Sales Compensation Core Team, and the respective Sales Vice President.  The Americas Sales Compensation Organization is responsible for submitting such requests to the Americas E2E Sales Compensation Core Team for exception review.

## OVERTIME FOR NON-EXEMPT WAGE CLASS

The Fair Labor Standards Act (FLSA) mandates that base pay plus earned incentives be used to determine the appropriate hourly rate for overtime hours worked each month. All incentive pay (including draws, bonuses, SPIFs, etc.) qualifies for overtime calculation.  Total standard hours worked will be added to total overtime hours worked to determine an appropriate hourly rate. The payroll system will pay standard and overtime hours worked at base rate; the Americas Sales Compensation Operations Organization will calculate and submit an overtime adjustment to Payroll on a monthly basis for the incentive portion of overtime pay.

## CHANGES TO PAY OR JOB CODE

All changes in base pay, target pay, or job code originate from the manager of the employee and must be submitted to Human Resources for approval.

## SALARY INCREASES

Base salary increases do not impact incentive pay.

## PROMOTIONS

All promotions:

- Change job code

- Impact target incentives

- May impact OMEGA Sales Specialty Code

- Applicable OMEGA Sales Specialty code will become effective the first of the following month if promotion is effective mid-month

Confidential Subject to Protective Order                                      HP00010496

## Incentive Pay Mechanics

Incentive pay changes applicable for promotions will be reflected in the first monthly pay cycle following the effective date of the promotion.

### PRORATION

Each Sales Plan is effective for a specified timeframe (performance period). If an employee participates in a plan for less than the performance period, target incentive amount, goals and incentive pay may be prorated.  Additional details pertaining to FSO proration are contained in the "FY2005 FSO Process Guidelines." All incentive payments, including prorated payments, are processed per the standard OMEGA pay cycles, unless otherwise required by law.  The following table lists various conditions and how proration will affect incentive pay. Prorations are calculated in whole month increments unless otherwise specified.

**NOTE:**  In all proration scenarios, the plan cap noted in an employee's Sales Plan would be calculated based upon pro-rated TIA, based upon number of months employee participated in Sales Plan..

Confidential Subject to Protective Order

HP00010497

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| **Transfers**<br><br>Transfers to an eligible sales assignment after the start of the performance period from a non sales position | ▪ Goals are set and incentives are prorated based on effective date employee became active in the incentive plan.<br><br>▪ Employee receives credits starting first full month on the plan. |
| **New Sales Role**<br><br>Change to Sales Plan or OMEGA Sales Specialty<br><br>(Change from one sales role to another sales role) | ▪ Both assignments are treated separately to determine the performance levels.<br><br>▪ Incentives (TIA, goals and pay) are prorated based on the number of full months in each assignment.<br><br>▪ Receive credit through the month assignment ends, then new assignment begins first of following month.<br><br>▪ Receive earned FSO attainment based on both plans. The employee's prior and current sales managers may have to coordinate a combined FSO payment for results achieved. |
| **Short Term Disability (STD)**<br><br>Leave of absence less than or equal to 26 weeks<br><br>(Includes Maternity Leave) | ▪ Employee is paid 100% target pay (base pay + TIA) for weeks 1-8 and 75% target pay for weeks 9-26. These monies are distributed by HP's disability vendor. Omega incentives are temporarily held until employee returns to work or terminates from HP. The terms of HP's STD policy will govern.<br><br>▪ Employee continues to be eligible for incentive pay for 90 days within the STD period, if incentives earned are greater than disability benefit paid. If the STD extends beyond 90 days, the opportunity to earn additional incentives above the value of the disability benefit ceases as of day 91.<br><br>▪ Should the incentive plan be in a draw payment cycle prior to the STD, prorated draws may be paid. After the STD begins, no draw is paid.<br><br>▪ Sales Management may elect to reassign quota/credit if business is critical.<br><br>▪ If quota is reassigned, payments will be prorated based upon number of months employee is active in the performance period prior to start of leave. Payment will be distributed as soon as incentives are calculated on next OMEGA pay cycle.<br><br>▪ In the event an employee goes on STD and is not active in a sales plan, employee will receive applicable TIA percentage only until STD period ends.<br><br>▪ Vacation time taken immediately following a STD does not |

Confidential Subject to Protective Order

HP00010498

# Incentive Pay Mechanics

| PRORATION | |
| --- | --- |
| Scenario | Effect on Incentive Compensation |
| | count as active selling time. |
| | ▪ Upon return to active selling, incentives earned while on STD are reviewed and compared to TIA paid. If incentives earned exceed TIA paid, the differential is paid, provided leave is less than 90 days. |
| | ▪ Employees paid on an incentive plan with a volume component returning from a leave longer than 90 days to an incentive assignment will have incentives recalculated for the period prior to the LOA. |
| | ▪ Upon return from leave, no proration of previously paid FSOs will occur. |
| | ▪ If the employee is placed on 100% TIA upon return, a recalculation of prior period performance will occur. |
| | ▪ If an employee returns from leave mid-month and remained active in a quota-carrying sales specialty, the employee is paid base salary plus 100% TIA, prorated for days worked in month of return.  If employee was removed from his/her sales plan for the period of STD, reassignment of the employee to an incentive plan occurs at the start of the first full month upon return.   This proration methodology   applies to employees returning from leave in the same plan period or a new plan period. |
| **Long Term Disability (LTD)**<br><br>Leave of absence greater than 26 weeks | ▪ During the LTD period, the individual is removed from the incentive plan and quota/credits are reassigned; therefore no incentive pay is due. |
| | ▪ Incentive payments are prorated for time assigned to an active selling OMEGA sales specialty. |
| | ▪ Upon return from leave, no proration of previously paid FSOs will occur. |
| | ▪ If an employee returns from leave mid-month the employee is paid base salary plus 100% TIA, prorated for days worked in month of return.  Reassignment of the employee to an incentive plan occurs at the start of the first full month upon return.  This proration methodology   applies to employees returning from leave in the same plan period or a new plan period. |

**Confidential Subject to Protective Order**                                                                **HP00010499**

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| **Family Medical LOA (FMLA)**<br><br>Leave of absence up to 12 consecutive weeks for certain medical and family related circumstances.<br><br>**NOTE:** For situations where FMLA time is granted for non-consecutive periods, employee should discuss treatment of incentive pay with his/her Sales Manager and Americas SCO SCC Manager. | • Employee is not eligible for any incentive pay while on FMLA unless employee also qualifies for STD benefits.<br><br>• Shipments for the month FMLA begins may continue to post and any incentives due for the period prior to the FMLA will be paid on the regular pay cycle until the close of the performance period in the OMEGA pay system.<br><br>• Should the incentive plan be in a draw payment cycle prior to the FMLA, prorated draws may be paid. After the FMLA begins, no draw is paid.<br><br>• Sales Management may elect to reassign quota/credit if business is critical.<br><br>• If quota is reassigned, payments will be prorated based upon number of months employee is active in the performance period prior to start of leave. Payment will be distributed as soon as incentives are calculated on next OMEGA pay cycle.<br><br>• Vacation time taken immediately following a FMLA does not count as active selling time.<br><br>• Employees paid on an incentive plan with a volume component returning from a leave longer than 90 days to an incentive assignment will have incentives recalculated for the period prior to the LOA.<br><br>• Upon return from leave, no proration of previously paid FSOs will occur.<br><br>• If the employee is placed on 100% TIA upon return, a recalculation of prior period performance will occur.<br><br>• If an employee returns from leave mid-month and remained active in a quota-carrying sales specialty, the employee is paid base salary plus 100% TIA, prorated for days worked in month of return. If employee was removed from his/her sales plan for the period of FMLA, reassignment of the employee to an incentive plan occurs at the start of the first full month upon return. This proration methodology applies to employees returning from leave in the same plan period or a new plan period. |

Confidential Subject to Protective Order

HP00010500

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| **Military LOA**<br><br>Leave of absence for enlistment or call to the U.S. military services (including annual training). | • While on military leave of absence, HP provides the difference between pay received from the U.S. government and the employee's full target pay for the period of leave, up to a lifetime cumulative total of five (5) years of active duty leave.<br><br>• For military leaves longer than 30 days, employee will be removed from assigned sales plan and will be paid 100% TIA for the duration of the leave, up to the lifetime cumulative total of five (5) years of active duty leave.<br><br>• While on military duty for annual training (14 days or less per calendar year), employee will remain on assigned sales plan and will receive all corresponding incentives.<br><br>• Refer to Personnel Policy and Guidelines http://persweb.corp.hp.com/ppg/ for additional details. If you have questions, consult with your immediate manager and/or HR Representative.<br><br>• Employees paid on an incentive plan with a volume component returning from a leave within the same fiscal year to an incentive assignment will have incentives recalculated for the period prior to the LOA.<br><br>• If the employee is placed on 100% TIA upon return within the same fiscal year, a recalculation of prior period performance will occur.<br><br>• Upon return from leave, no proration of previously paid FSOs will occur.<br><br>• If an employee returns from leave mid-month and resumes selling role in a quota-carrying sales specialty, the employee is paid base salary plus 100% TIA, prorated for days worked in month of return. If employee was removed from his/her sales plan for the period of LOA, reassignment of the employee to an incentive plan will be reviewed based on the duration of leave. |
| **Personal LOA**<br><br>Leave of absence up to one year to accommodate circumstances not covered by other time off options. | • If the employee elects to take a Personal LOA, the performance period will end and incentives will not be prorated.<br><br>• Shipments for the month Personal LOA begins may continue to post and any incentives due for the period prior to the leave period will be paid on the regular pay cycle until the close of the performance period in the OMEGA pay system.<br><br>• Should the incentive plan be in a draw payment cycle prior to Personal LOA, prorated draws may be paid. After the Personal LOA begins, no draw is paid. |

Confidential Subject to Protective Order

# Incentive Pay Mechanics

| | PRORATION |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| | ▪ Sales Management may elect to reassign quota/credit if business is critical. |
| | ▪ Vacation time taken immediately following a Personal LOA does not count as active selling time. |
| | ▪ Employees paid on an incentive plan with a volume component returning from a leave longer than 90 days to an incentive assignment will have incentives recalculated for the period prior to the LOA. |
| | ▪ Upon return from leave, no proration of previously paid FSOs will occur. |
| | ▪ If the employee is placed on 100% TIA upon return, a recalculation of prior period performance will occur. |
| | ▪ If an employee returns from leave mid-month, the employee is paid base salary plus 100% TIA, prorated for days worked in month of return. Reassignment of the employee to an incentive plan occurs at the start of the first full month upon return. |
| **Terminations**<br><br>Leave the company voluntarily or involuntarily<br><br>**(NOTE:** Refer to following section for Workforce Restructuring) | ▪ Volume incentives are not prorated. Full plan period rates and full plan period goals are used for incentive calculation per goal sheet. Terminated employees will receive credits through month of termination for full months active in the plan. |
| | ▪ Payments for FSO incentives are prorated through month of termination. For un-submitted and/or un-acknowledged FSOs, 100% of the FSO TIA will be paid. |
| | ▪ Should the incentive plan be in a draw payment cycle when termination occurs, draw payments will not apply. |
| | ▪ Shipments/orders that occur within the month of termination may continue to post and any incentives due generally will be paid on the regular pay cycle until the close of the performance period in the OMEGA pay system. |
| | ▪ Individuals terminating prior to the assignment or acknowledgement of a goal sheet will be paid at 100% of the target incentive for the volume component (pro-rated for the period of active status). |
| | ▪ Incentive payment will be reduced by any outstanding liabilities as permitted by law. |
| | ▪ Vacation taken after term notice does not count as active selling period. |

**Confidential Subject to Protective Order**

HP00010502

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| | ▪ It is the manager's responsibility to notify Americas SCO immediately upon a sales employee's termination so that any outstanding liability can be addressed. |

Confidential Subject to Protective Order

HP00010503

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| **Scenario** | **Effect on Incentive Compensation** |
| **Workforce Restructuring (WFR)** | ▪ Employees placed on WFR will be paid at 100% TIA during the 9-week Salary Continuation period.<br><br>▪ The 9-week Salary Continuation period begins on the first business day following employee's release date.<br><br>▪ If earned incentives for release month overlap with the 9 week period, employee will be paid 100% TIA, or actual incentives, whichever is greater.<br><br>**Example:** If release date is August 15, credits are applied and incentives are calculated through August 31. These 16 days count toward the 9-week Salary Continuation Period. If employee has earned more than 100% TIA for the month of August, actual incentives earned are paid. If employee earns less than 100% TIA for August, 100% TIA is paid.<br><br>▪ Volume incentives are not prorated. Full plan period rates and full plan period goals apply per goal sheet. Credits are applied in full month increments, through month of release.*<br><br>▪ Payments for FSO incentives are prorated through month of release.* For un-submitted and/or un-acknowledged FSOs, 100% of the FSO TIA will be paid.<br><br>▪ Should the incentive plan be in a draw payment cycle when release occurs, draw payments will not apply.<br><br>▪ Shipments/orders that occur within the month of release* may continue to post and any incentives due generally will be paid on the regular pay cycle until the close of the performance period in the OMEGA pay system.<br><br>▪ Individuals notified prior to the assignment or acknowledgement of a goal sheet will be paid at 100% of TIA (pro-rated for the period of active status).<br><br>▪ Incentive payments (including 100% TIA payments during 9 week period) will be reduced by any outstanding liabilities.<br><br>▪ It is the manager's responsibility to notify Americas SCO immediately upon a sales employee's termination so that any outstanding liability can be addressed.<br><br>* If release date falls on the first business day of a month, employee is entitled only to corresponding incentives earned through the last day of month of WFR notification.<br><br>**Example:** If release date is August 1, employee will be moved to "left" sales specialty effective August 1 and paid incentives earned through July 31. |

**Confidential Subject to Protective Order**

HP00010504

# Incentive Pay Mechanics

| PRORATION | |
|---|---|
| Scenario | Effect on Incentive Compensation |
| **Transfers to Non-Sales Positions** | ▪ Requires job code change and base salary adjustment. |
| | ▪ Incentives (TIA, goals and pay) are not prorated. |
| | ▪ Employee receives credit through the month sales assignment ends. |
| | ▪ Employee receives earned FSO attainment based on active sales period. |
| | ▪ For involuntary transfers to non-sales positions, proration will be reviewed on a case-by-case basis. |
| | ▪ It is the manager's responsibility to notify Americas SCO immediately upon a sales employee's transfer so that any outstanding liability can be addressed. |
| **Adjustments to Sales Assignments – Coverage for Inactive Incentive Employees**<br><br>If it is determined that additional compensation is appropriate for an incentive employee covering an assignment for an inactive employee, the following will apply: | ▪ Each situation requires review by Sales Management and the aligned  SCO Segment Account Manager and may involve discussions with Human Resources. |
| | ▪ When an incentive employee becomes inactive for a period of time or terminates from the company, sales assignments of other incentive employees may be temporarily or permanently adjusted to accommodate coverage of territory or account. |
| | ▪ Goals of incentive employees who cover the assignment of the inactive employee may be modified to accommodate the change in assignment. |
| | ▪ No mid-month adjustment will be made.  All adjustments will be effective on the first of a month. |
| **Part-Time Employees** | ▪ Any incentive employee who works 20-39 hours per week on a regular basis is considered part-time and compensation (base salary and incentive pay) is prorated accordingly. |
| | ▪ Any change to Standard Hours worked during a performance period will require a plan re-start.  Volume incentives will be prorated for each period.  Previously paid FSOs will not be recalculated. |

## RETROACTIVE PLAN ASSIGNMENTS

Retroactive incentive plan assignments are not performed.  It is a manager's responsibility to ensure that his/her incentive employees are assigned to the appropriate incentive plan, prior to the appropriate effective date.

Confidential Subject to Protective Order

HP00010505

## Incentive Pay Mechanics

**NEW PLANS OR PLAN MODIFICATIONS (MID-PERFORMANCE PERIOD)**

After a performance period has been initiated, there may be a business need to change the characteristics of an incentive plan or create a new plan for the remainder of the performance period. Examples include, but are not limited to: changes to product lines defined in the incentive plan; changes to incentive mix; and changes to the weight of volume vs. FSO. Executive Sales Managers should involve their Americas Segment Sales Incentive Design Lead to carefully evaluate the impact of making such changes. Approval from Sales Vice President and Americas Sales Compensation E2E Core Team is required for such changes. Changes to incentive plans are not implemented retroactively.

**ADJUSTMENTS TO SALES ASSIGNMENTS (MID-PERFORMANCE PERIOD)**

Adjustments to sales assignments in the middle of a performance period require review by Sales Management and the aligned SCO Segment Account Manager. Performance for the new assignment is calculated based upon the effective date of adjustment and is added to existing assignment. No mid-month adjustment will be made. All adjustments will be effective on the first of a month.

Confidential Subject to Protective Order

HP00010506

# Draw

## DEFINITION OF DRAW

Draw is a cash advance paid to incentive employees in anticipation of incentives to be earned. It is a liability and is fully recoverable from all earned incentives, including residual incentives, bonuses and spifs. Draws are paid on the standard incentive pay schedule. There is a one-month lag in paying draw for a given business month. For example, November's draw will be paid in December. Draws are taxed the same as incentives and are benefit-eligible.

## ELIGIBILITY FOR DRAW

HP may use the "draw" methodology to temporarily issue incentive pay under the following conditions:

- Business conditions warrant supplementing incentive pay until normal conditions return.

- System issues prevent normal incentives from being calculated.

Sales Management and the Americas Sales Compensation Organization, in a joint decision, approve draws. When business conditions warrant, HP may opt to issue draws at the beginning of a performance period. The draw is aligned with an incentive plan; therefore, all employees on that plan would receive the draw.

## DRAW PAYMENTS

Draw payments are made using one of the following methods. Refer to the Americas SCO website (http://americas-sales-comp.corp.hp.com/) for the payment schedule for your sales incentive plan.

| Payment Method | How Incentives Are Paid |
|---|---|
| **Draw Only** | **Example: Annual Plan with TIA of $21,600 and 75% draw**<br><br>Monthly TIA = $1,800 ($21,600/12)<br><br>Monthly Draw = $1,350 ($1,800*75%) |
| **Draw/Incentive**<br><br>May be implemented for all employees on a plan under the following conditions:<br><br>- At the beginning of a new performance period for semi-annual and annual plans.<br>- New hires or transfers who join a plan that is currently in a draw/incentive period.<br>- All draw/incentive scenarios require approval from the Americas Sales Compensation Organization. | A combination of incentives earned and supplemental draw is paid.<br><br>Supplemental draw is paid if incentives earned are less than monthly draw amount. All incentives earned are paid. (Refer to TIA and Draw information above.)<br><br>|  | **Example 1** | **Example 2** |<br>| **Incentives Earned** | $1,000 | $2000 |<br>| **Supplemental Draw** | $ 350 | $ 0 |<br>| **Total Payment** | $1,350 | $2000 | |
| **Incentive Only** | The draw period has expired. Full incentives earned less any outstanding liabilities are paid. |

Confidential Subject to Protective Order                                    HP00010507

Draw

## DRAW CALCULATION

Draws are always paid in one-month increments using a percent of target incentive amount (TIA) deemed appropriate by the business.

### Draw Calculation – New Year Start-Up

During a Draw Only calculation period at new year start-up, monthly TIA is multiplied by the approved draw percentage to determine payment.

## DRAW RECOVERY

Draws that begin in one month and are set to pay out for a given period can be recovered prior to the end of that period, if enough incentives are earned to both satisfy the draw balance and still keep the monthly incentive earnings above the draw setting.

At the end of the defined period that a draw is paid, any draw balances are recovered in full from future incentives earned, including bonus and SPIF payments. Incentive payments will not be issued until draw balance is fully repaid. Amounts owed from a draw that cannot be collected during one performance period will be carried over into the next performance period, until recovered. This includes crossing into the next fiscal year, if necessary.

Draws are not deducted from base pay, unless there are no incentives due for an extended period of time, and the employee consents to having base pay reduced.

Confidential Subject to Protective Order                                        HP00010508

# Liability

Liability (draw or overpayment) is incurred when incentives are paid but not earned. Incentive employees are responsible for all liability to HP. Some conditions that cause liability are:

- Draw paid exceeds incentives earned to date.

- Reversal of a previously applied sales/shipment credit due to cancellation or administrative error.

- Negative carry-over from a prior performance period or fiscal year.

It is the responsibility of every incentive employee to review sales/shipment crediting on a monthly basis and report errors to the SCO Sales Support Center and sales manager. Regular and timely review of sales/shipment crediting can help avoid unnecessary overpayment conditions.

## NEGATIVE INCENTIVES

All negative transactions, (including but not limited to cancellations, returned products, and corrections to quota) will reduce the period-to-date quota performance in the current performance period and will be included in the volume incentive pay calculation. All negative transactions from the prior performance period will also be treated as negative performance in the month in which the negative transaction occurs and be included in the volume incentive pay calculation.

When an order that ships late in the performance period is subsequently canceled in the next performance period, negative incentives will be calculated using the current incentive plan. This means formulas used for the negative transaction may be different from those used for the original incentive payment.

Incentive liabilities will be carried over into the next performance period if not satisfied by the end of the prior period. This includes crossing into the next fiscal year, if necessary. However, if the liability is greater than 25% of the current annual TIA, the employee will be required to promptly repay the after tax (net) amount of the overpayment in a lump sum. If a liability is carried from one calendar year to the next, repayment is based on the before-tax (gross) amount. Once the performance period has closed, employees who have left an assignment (transfer or termination) will be required to repay the negative amount in full to the extent permitted by law. It is the manager's responsibility to notify Americas Sales Compensation Operations immediately upon a sales employee's transfer or termination so that any outstanding liability can be addressed.

## REPAYMENT

Typically, liability is repaid from future incentives earned, including bonus and SPIF payments. However, prompt repayment will be required when any of the the following conditions exist:

- A significant drop in performance (25% or more)

- Transfer or Termination from incentive position

- HP gives incentive employee notice to leave the plan

- Outstanding liability balance greater than 25% of the current annual TIA

When an incentive employee leaves the plan, Americas Sales Compensation Operations will address outstanding liability balances. Contact the SCO Sales Support Center for your current Incentive Statement (includes current liability) and any liability not yet recorded.

Confidential Subject to Protective Order

# Incentive Performance Review

Incentive performance is subject to periodic review for performance significantly above or below target. Performance significantly below target is monitored by Sales Management and Sales Management may request additional research from the Americas Sales Compensation Operations (SCO) Organization as required to evaluate such below target performance. For attainment levels of less than 50%, the employee's direct Sales Management should raise any concerns to the Sales Vice President.

HP has implemented a Performance Review Process to evaluate performance significantly above target. This process complies with HP's Pay for Performance philosophy and is considered fair and equitable for both employees and the company. The respective Sales Vice President Segment Finance Manager and a Human Resources representative are responsible for participating in and approving the review once an employee's attainment reaches the pre-established threshold. Each sales organization has the option to establish reviews at lower levels of attainment or increase the frequency of the review. Human Resources may be involved to review/approve requests for a payment cap or payment hold, if warranted, to prevent a liability later.

More details regarding the Performance Review Process, including performance levels at which reviews occur, are contained in the "Performance Review Process" document housed on the Americas SCO website under the "Policies" menu: http://americas-sales-comp.corp.hp.com

As always, in this rapidly changing environment, Hewlett-Packard reserves the right to amend any aspect of an incentive employee's sales compensation, including (but not limited to): mix of base and incentive pay; assignment, addition or deletion of designated accounts; and/or increase or decrease of corresponding quota and sales objectives.

Confidential Subject to Protective Order                                           HP00010510

# Appendix A:  Incentive Pay Definitions

For the purpose of this policy as well as related documents, the following definitions apply:

| | |
|---|---|
| Accelerator | The rate(s) (percent of Target Incentive Amount) paid for every 1% of quota achieved above 100% quota performance. |
| Accelerator – Premium | For metrics with embedded sub-quotas, standard or premium rates may apply.  When performance exceeds 100% attainment of all embedded sub-quotas, premium rates apply to the blended total quota performance measure. |
| Accelerator – Standard | For metrics with embedded sub-quotas, standard or premium rates may apply.  When performance is less than 100% attainment of all embedded sub-quota measures, standard rates apply. |
| Badge #, Employee ID | Unique identification number assigned to each employee. |
| Base Pay (Base Salary) | Fixed salary, "guaranteed" portion of total target pay.  Base salary is intended to compensate for overall job responsibilities. |
| Benefit-Eligible | Incentive compensation that applies toward corporate benefits. |
| Bonus | A payment, on-top of On Target Earnings, awarded for accomplishing pre-determined objectives. |
| Cap | The maximum total incentive compensation a sales employee can earn in a given period.  A cap may apply to specific incentive components or to overall incentive compensation. |
| Cumulative Period to Date Performance Period | Cumulative period to date sales are compared to cumulative period to date quota. |
| Draw | Recoverable payment of incentive compensation paid in anticipation of future performance. |
| Draw/Incentive | A combination of incentives earned and supplemental draw. Supplemental draw is paid if incentives earned are less than monthly draw amount. All incentives earned are paid. |
| Focused Sales Objective (FSO) | Strategic performance measure used to address a complex selling environment that requires a balanced effort against multiple and varied objectives.  FSOs provide incentive opportunities for performance against a set of specific, individualized objectives. Measures typically involve product mix, customer mix, number of new accounts, or other measurable goals. |
| Gate – Embedded Sub-quota Measures | A gate is a performance threshold that must be met before an identified level of accelerator will be paid.  A gate with an embedded sub-quota measure can be utilized within a single quota-based component.  Upon greater than 100% attainment of all embedded sub-quotas within the blended total quota performance measure, the identified Premium Rate applies to the blended total quota performance measure.  Each performance measure of a plan may offer standard and premium rate levels, based on meeting performance gates relative to embedded sub-quotas. |
| Gate – Standard | A gate is a performance threshold that must be met before an accelerator will be paid.  A standard gate can be utilized on plans with multiple quota-based performance measures.  Each performance measure may have a different threshold.  Accelerators for each performance measure are typically deferred until the gate for each measure is met. |
| Goal | A sales objective used to measure performance for calculation of incentive pay.  A goal may be expressed as quota or FSO. |

Confidential Subject to Protective Order

HP00010511

## Appendix A:  Incentive Pay Definitions

| | |
|---|---|
| Incentive Component | A defined element of an incentive plan, such as Quota-based Volume, FSOs, and On-Top Bonus. |
| Incentive Pay | Variable pay dependent on performance vs. goal. Incentive pay provides an opportunity to earn above base salary and includes one or more incentive components. |
| Incentive Weighting | The incentive weighting defines how much of the total incentive pay is assigned to a particular incentive component.  For example, in a plan with a TIA of $30,000, 75% or $24,000 may be weighted as a volume measurement and 25% or $6,000 weighted as FSO.  The volume portion may also be weighted by business focus. |
| Job Code | 6-digit code that is plan-specific and controls the mix of base pay and Target Incentive Amount (TIA) in human resource and compensation systems. |
| Leverage (Mix) | Ratio of base salary and target incentive to On Target Earnings. |
| Liability | Amount to be recovered from incentives for overpayments or draw. |
| Multiplier | The rate(s) (percent of Target Incentive Amount) paid for every 1% of quota achieved. Multipliers apply to under 100% performance (slope) as well as over 100% performance (accelerator). |
| OMEGA Sales Specialty Code | A unique designator identifying a specific incentive plan used to invoke specific compensation formulas and crediting rules. |
| OMEGA | HP's authorized sales measurement and compensation system. Each Sales employee has access to his/her personal assignments, credits, and pay through OMEGA Online. |
| On Target Earnings (OTE) | Total annual pay for incentive employee at 100% goal attainment. Sum of base pay and 100% target incentive equals OTE. |
| Performance Measure | The specific criteria (e.g. product groups), identified on Sales Plan document, used to measure a volume or FSO incentive component. |
| Performance Period | The time span over which performance is measured for incentive purposes. |
| Period to Date (PTD) Performance Period | Cumulative period to date sales are compared to the total period quota to pay incentives.  For example, in month four of the performance period the first four months' order/shipment performance is measured against the full six months' quota. |
| Quota | A pre-determined sales goal assigned to an individual or team. |
| Ramp | The point at which the acceleration changes from one percent to another. |
| Roll-off Point | The point at which the acceleration rate levels off to pay 1:1. |
| Sales Organization | A group of Sales Representatives and Sales Management whose common goal is to maximize HP's sales in a defined market segment. |
| Sales Performance | The amount of sales achieved in a defined performance period.  Sales performance is expressed as a percent of performance period quota. |
| Slope | The rate(s) (percent of TIA) paid for every 1% of quota achieved below 100% quota performance. |
| Special Incentive for Focus (SPIF) | A contest or other competitive scenario, with a defined beginning and end date, offered to the sales force to meet a unique, short-term (quarterly) need in plan emphasis or sales focus. |
| Target Incentive Amount (TIA) | Amount of incentive opportunity paid at 100% goal attainment.  Actual incentives earned may be more or less than TIA. |
| Target Incentive Pay | Incentive pay at 100% goal attainment. |
| Threshold | Minimum level of performance that must be achieved before an incentive will be paid. |
| Total Compensation | Sum of base pay and actual incentive pay earned. |

Confidential Subject to Protective Order

HP00010512

## Appendix A:  Incentive Pay Definitions

| Upside | Incentive pay opportunity that is in excess of On Target Earnings (OTE). |
|---|---|
| Variable Compensation | Includes any compensation component linked to target incentive, overachievement, bonuses, and other sales recognition |
| Volume Component | Incentive compensation component that includes a quota measure. |

Confidential Subject to Protective Order                                                    HP00010513

# Appendix B: Documents Associated With Incentive Compensation

In addition to this Compensation Policy, there are a variety of documents which govern incentive pay and assist incentive employees in understanding their pay; all of which can be found on the Incentive Compensation website.

| | |
|---|---|
| Bonus and SPIF Program Documentation | All approved bonus and SPIF programs are documented under the Sales Force Toolkit on the Americas SCO website: http://americas-sales-comp.corp.hp.com/ |
| Americas Sales Compensation (SCO) Website | Please refer to the Americas SCO website: http://americas-sales-comp.corp.hp.com/ for additional materials that pertain to incentive pay. |
| FSO Application | This web tool is used to describe an incentive employee's strategic objectives (for employees with a FSO component). For set up, approval and acknowledgement of goals and attainments, the tool is accessible from the Sales Force Toolkit on the Americas SCO website: http://americas-sales-comp.corp.hp.com/ |
| Goal Sheet | This document describes an incentive employee's performance goals based on sales specialty for a defined performance period. Incentive employee must acknowledge (review and approve) their goal sheet prior to incentive payments occurring. |
| U.S. Sales Incentive Credit and Compensation Plan (also referred to as "Sales Plan") | This document describes incentive components for specified sales specialties. The Sales Plan includes performance period, performance measures, incentive weight of each component, source feeds, bonus opportunities, acceleration rates and calculations. |
| U.S. Sales Compensation Incentive Credit Administration Policy | This document describes the policies relating to how orders are credited to incentive employees. |
| U.S. Sales Compensation Incentive Credit Reference | This document provides additional details on information included in the U.S. Sales Incentive Credit and Compensation Plan document. |

Confidential Subject to Protective Order

HP00010514

# EXHIBIT 19

**The overall process listed below will guide you step-by-step in submitting a manual claim for missing credit in FY07.**

*NOTE: Territory Sales may only submit claims for International, TRSP or NSP Joint Go To Market Program (formerly SPP) Transactions. Please direct your questions to the Sales Compensation Support Center 1-800-244-1407.*
*There may be instances whereby Area-to-Area credit movement is deemed necessary. These Area-to-Area transfers will be managed by Sales Compensation Operations, working in conjunction with the support center and segment account consultant and will require Regional VP approvals before transfer can occur.*

---

| Checklist: Before filing a formal Manual Claim on the web |
| --- |
| *Please use this checklist to determine the necessity of a claim PRIOR to completing a claim form.* |

1. **Does the amount of your manual claim meet established dollar thresholds?** <u>Claims Matrix (thresholds)</u>
   - o **NO**: Filing a manual claim is not applicable. No need to proceed.
   - o **YES**: proceed to step 2

2. **Review your credits in Omega:**
   - o If credit is in OMEGA, there is no need to proceed with claim process.
   - o If credit is missing in OMEGA, please go to step 3

3. **Is the credit Direct or Indirect?**
   - o DIRECT: Sales crediting is automated for "direct" purchases from HP, no claim necessary
   - o HP DIRECT ("Compaq Direct"): orders take 30-45 days to show up in Omega from a compensation perspective. Go to step 4
   - o INDIRECT: Go to step 4
     - ▪ *Note*: Sales crediting is automated for all transactions where salesout is available from Channels and Resellers

4. **For missing Indirect / HP Direct (Compaq Direct) credits**
   *Determine the criteria / timeline below that matches your inquiry and move forward as described*

   - • **Less than 30 days ago:**
     - ✓ Take no action.
     - ✓ Watch for the transaction to show up in OMEGA crediting reports.

   - • **More than 30 days ago and processed through a reporting reseller:**
     - ✓ Submit a Manual Claim **(see step 5)**

   - • **For known non-reporting Resellers,**
     - ✓ You do <u>not</u> need to wait to submit a manual claim. **(see step 5)**
       - ▪ To see a list of targeted reporting Resellers, click here:
       <u>http://pim.boi.hp.com/reports/k/Channel_Partner_Reporting_Resellers.xls</u>

5. **Obtain approval from your manager <u>if</u> your program requires approval (see step 6)**

6. **Fill out the FY07 Manual Claim Form at:** *Manual Claims webpage*
   *(Please reference "Completing a Manual Claim" link when filling out the claim form)*

Last updated 04/21/06

Confidential Subject to Protective Order

# EXHIBIT 20

Confidential Subject to Protective Order

# FY08 Manual Claim Matrix

| Name/ Type of program | Guidelines (Based on invoice size and/or per account) | Dollar Validation | Submittal Process & Approval Required |
|---|---|---|---|
| **General Claims** | | | |
| **Non-reporting Partners:** On indirect business, transactions are captured via (and credit is dependent upon) Partner Sales Out reporting to HP. If partner does not report, manual claims may be required for sales to partners and/or end-users. | Named | • Non-reporting reseller: List price from HP pricing tool. <br>• All other use Sigma, net price. | • Submitted via website: <br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp |
| **Remarketed Equipment:** Sales employees are eligible for sales credit on used/remarketed equipment according to the crediting rules for their sales plan, at the time of shipment. Credit is applied at 100% of the Net Deal Price for HPFS Remarketed Product Sales. When the transactions are not reported or the end-user data is not available, claims will be considered. | • 50K TSG <br>• 25K IPG <br>• 25K PSG Volume <br>• 25K SLED Value <br>• 25K Fed Value <br>• 25K Services | Note: See valuation chart for further details on pricing. <br>http://americas-sales-comp.corp.hp.com/FY08%20Valuation%20Plan%20Final%20v.5.ppt | Required Approvals: <br>• Level 1 Sales Manager |
| **Demo Sales:** Upon the purchase and invoicing of consignment business, sales employees are eligible for credit according to the crediting rules for their sales plan. When the transactions are not reported or the end-user data is not available, claims will be considered. | | | |
| **Exceptions:** Requests outside of defined policy and standard claims. The guidelines are dependant on the exception. Refer to the DOA policy. <br>http://wwsalescomp.corp.hp.com/docs/governance/FY08/FY08AMS_SC_DOA_Policy.pdf | | | |
| **TMS Custom Agreements** <br>Utilize the generic claim form | • 500K BCS <br>• 2.5M non BCS* | • Sigma; net price | • Submitted via website: <br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp |
| A Technology Management Solution (TMS) custom agreement is one in which HP agrees to support a customer's environment that could include both HP and multi-vendor hardware/software. <br>**Requirement:** Minimum 3-year agreement (multi-year). Sales credit is granted for an additional 25% | *2.5M USD TCV in large countries <br>*1.5M USD TCV in small countries | | Required Approvals: <br>• Level 1 Sales Manager <br>• Apply to the assignment level |

DATE
Created by: Shelley Burk

HP00000873

Confidential Subject to Protective Order

# FY08 Manual Claim Matrix

of the first twelve month value (not total contract value) of the HP annuity services.

| Name/ Type of program | Guidelines (Based on invoice size and/or per account) | Dollar Validation | Submittal Process & Approval Required |
|---|---|---|---|
| **Multinational Claims**<br><br>When Transactions are not recognized systematically as multinational, a manual claims process is required when the following criteria are met. The split is 50% to the sold-to country (or country of specmanship for software-only deals) and 50% to ship-to (or country of software usage for software-only deals) country. | **Named/Area:**<br>• 250K Product<br>• 30K SW only deals<br>• 100K IPG standalone<br>• 100K Services per deal (10K per country) | • BO L4; net price | • Submitted via website: http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br>**Required Approvals:**<br>• Level 1 Sales Manager<br>• For negotiated splits greater than $1M refer to the Global DOA Policy<br>• Claim to be submitted by named account sales rep. |
| **General Motors US 75%/Canada 25% Claim**<br><br>A Cross Border agreement has been established for the General Motors Sales Team. The agreement calls for a 25% / 75% Management Reporting split for Canada and the United States respectively. This crediting is specific only to orders with a ship to address of a GM Data Center in Toronto Canada. | **Named:**<br>• 25K | • BO L4; net price | • Utilize international claim form when submitting claim.<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br>**Required Approvals:**<br>• Approved agreement on file<br>• Claim to be submitted by Enterprise Account Manager (EAM).<br>• New business only |
| **CME JGTM Communications, Media & Entertainment Joint-Go-To-Market**<br><br>Refer to the HP Global Sales Compensation Policy | **Named/Specialty/Area:**<br>• 25K | • Sigma; net price | **Required Approvals:**<br>• Claims greater than $100K, either the CBM of the CME Provider or the Global Inbound Corp Acct Mgr.<br>• Claim to be submitted by the named account sales rep.<br>• Submitted via website: http://insponline.hp.com/jgtm/default.asp |

DATE
Created by: Shelley Burk

HP00000874

Confidential Subject to Protective Order

# FY08 Manual Claim Matrix

| Name/ Type of program | Guidelines (Based on invoice size and/or per account) | Dollar Validation | Submittal Process & Approval Required |
|---|---|---|---|
| **HPS Installed Base Transitional Claims**<br><br>Utilize the generic claim form.<br><br>When installed base contracts (option/CarePack conversions and ongoing renewals) transition between customer segments (i.e. direct and indirect or System Integrator to direct), sales credit may be applied as both direct/end-user and channel business.<br><br>A manual claim will be required by the "transitioned from" sales team. When the claim is executed, the "transitioned to" sales team (account and/or individual) will receive a quota increase equal to the value of sales credit applied.<br><br>Only orders coded as renewal/ongoing are eligible. | • 25K | • Sigma; net price | • Submitted via website:<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br><br>**Required Approvals:**<br>• Level 1 Sales Manager<br>• Region Business Group Finance Manager |
| **HPS Federal IB Overlay**<br><br>Utilize general claim form until notified<br><br>Sales credit eligibility for indirect renewal business administered by the Federal installed base rep on defined channel accounts with a Federal Named claim required. (i.e., US Army) account as the end-user. Manual claim required. See the Manual Claims section of this document for more details and use the indirect sales claim type to submit these claims. | • 25K | • Sigma; net price | • Submitted via website:<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br><br>**Required Approvals:**<br>• Level 1 Sales Manager |

DATE
Created by: Shelley Burk

HP00000875

Confidential Subject to Protective Order

# FY08 Manual Claim Matrix

| Name/ Type of program | Guidelines (Based on invoice size and/or per account) | Dollar Validation | Submittal Process & Approval Required |
|---|---|---|---|
| **Area to Area Transfers**<br>Utilize the generic claim form<br><br>Should be for exceptions only, should not be used solely based on where sales effort is. Area crediting is based on end user ship to logic.<br><br>For transactions that are included in quota for Area requesting credit but due to change in buying behavior of customer, shipments are occurring in different Area than historically for the customer. | Territory<br>• 2M   Generalist<br>• 500K Specialist<br>• 250K<br>• 100K Services | • Sigma; net price | • Submitted via website:<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br><br>Required Approvals:<br>• VP approval from both regions affected<br>• Region Business Group Finance Manager<br><br>Note: SCO Representative to drive process |
| **HPS Custom Solutions**<br>Utilize the generic claim form<br><br>Eligibility for HPS sales credit is limited to orders booked and recognized as HPS product lines. The only exception is for custom solutions where services are bundled at customer request. | • 25K | • Sigma, net price | • Submitted via website:<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br><br>Required Approvals:<br>• Finance verification of revenue transfer<br>• Product sales approval for restatement. |
| **Non-Stop Enterprise Division (NED)**<br>Utilize the generic claim form<br><br>• T-Rent<br>• T-Move<br>• T-Swap | • 25K | • Sigma, net price | • Submitted via website:<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br><br>Required Approvals:<br>• Level 1 Sales Manager |

DATE
Created by: Shelley Burk

HP00000876

# FY08 Manual Claim Matrix

| Name/ Type of program | Guidelines (Based on invoice size and/or per account) | Dollar Validation | Submittal Process & Approval Required |
|---|---|---|---|
| **OEM Assist Crediting** (original Equipment Manufacturer)<br><br>Utilize the generic claim form<br><br>End-user sales reps who provide substantial support for an OEM sale by **GE Healthcare, Agfa or Philips Medical** can apply for manual credit to the HLS Sales VP (Chuck Kinzel). If the VP supports the claim, the end-user can receive credit manually for the sale, in addition to the OEM rep receiving it systemically. A limit of (2) additional end-user sales rep can be paid for this deal accommodating involvement by both the "generalist" and "specialist" reps. | • 25K | • Sigma; net price<br>• Apply sales credit at the individual sales rep baby chair level. | • Utilize Generic claim form when submitting claim.<br>• http://america-s-sales-comp.corp.hp.com/manual%20claims.asp<br><br>Required Approvals<br>• Chuck Kinzel<br>• Sales VP Approval<br>• Level 1 Sales Manager<br>Eligible Accounts<br>• GE Healthcare<br>• Agfa<br>• Philips Medical |

Confidential Subject to Protective Order

DATE
Created by: Shelley Burk

HP00000877

# EXHIBIT 21

# Sales Manual
# Claim Website
# (SMCW)

February 7, 2008



© 2006 Hewlett-Packard Development Company, L.P.
The information contained herein is subject to change without notice.

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014868

### Agenda

- Why the transition and what is SMCW?
- What's New
- Sales Rep submittal process
- 1st Level Sales Management Responsibilities
- Claim form samples
- Claim Status Definitions
- Reporting/Status Updates
- URL Links





Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00014869

**Why the transition**?

Due to the ongoing Data Center Consolidation (DCC) effort, changes to our existing US Sales Comp tools are taking place.

**What is SMCW?**

**Sales Manual Claims Website** - a web based application for sales reps to submit manual claims directly to their SCO Representative.

·The application has tracking and reporting capabilities.

·Utilized by the following regions:  Canada, LAC, U.S. and soon EMEA.

·SMCW has the same look and feel as the prior manual claim application.

·Log in is by NT access





Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00014870

## What's New

- 1st level sales manager approval required for all claim submittals
    - Claims will not be released to SCO until they are approved by sales mgmt
- The option to by-pass 1st level mgr approval is available
    - Utilize for situations when manager is away traveling/vacation
    - Claims will be routed to SCO for review and processing
    - Notification will be sent to the sales managers
- Types of Claim Forms:  Generic, International and NSP JGTM
- The ability to provide comments/updates for all users
- Comments/updates are saved and visible to all users
- The support center email node will no longer be utilized for claims
- All claims **must** be submitted via SMCW for tracking/auditing purposes



4    04/17/2006



Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00014871

### Sales Rep Submittal Process

SR submits a claim via the SMCW website:

- – select Region = US
- – select claim form (Generic or NSP JGTM)
- – select claim type from drop down menu
  - • Generic claim
  - • International
- – Select Business Group (HPS, Corp, NED, etc)
- – Completes form with required information indicated by the "*".
- – General Comments section – using the manual claim matrix identify the type of claim (i.e. Direct/Indirect, Non-reporting reseller, etc.)
- – Sales is encouraged to provide evidence by way of including attachments (excel, word, print screens, etc).

An auto-reply message will be sent to the sales rep & cc: to SCO Representative

- – Email subject line will read **"SUBMITTED"** along with the claim number



5   /26/2008

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014872

### 1st Level Sales Manager Responsibility

• An email notification will be sent to the Sales Manager for review.
  – A url link to the claim will be provided within the email notification
  – Claim status will be "OPEN" - meaning awaiting 1st level mgmt approval.
  – Sales Manager's – DO NOT REPLY to the email with your approval. The Approval/Deny process must be done via the website. This will cause claims to remain in OPEN status without notification to the SCO Representative.

• If the claim is denied
  – Sales Manager provides the reason in the comments section.
  – The claim process ends and is considered closed.

**Caution:** Be aware that you will not receive notifications in your inbox if a rule is set to file items with a *general email address* in the junk email folder. If this is the case, be sure to check for review/approval notifications.



6    Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00014873





Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014874



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014875



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014876



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014877

### Claim Status Definitions

- **Open:** 1st level sale management approval needed
- **DMGR Approved:** 1st mgr approval complete
- **Pending Claim Admin Action:** Claims to be worked
- **Approved:** claim processed. Also, means claim is closed.
- **Denied:** claim can be denied by either 1st level sales mgmt or SCO Representative.
- **Re-Opened:** claims previously approved or denied by SCO can be re-opened.

### Claim Status Options not available for the U.S.

  - Closed
  - Closed w/out file upload



11    6/30/2006

Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014878

### Reporting/Status Update

View claim status:
- By Claim Id number
- By Sales employee ID

Only have the capability to view your own claims

### Super User Reporting Capabilities:
- By Claim Status
- To select more then one type of status, simply hold down the shift button while making your selections.
- Submitter Emp ID – As an option this field can be left blank in order to view a select group of claims.
- By date range

Claim reporting options not available at this time:
- The ability to pull claims by a specific group



12

Copyright © 2006 HP corporate presentation. All rights reserved.

Confidential Subject to Protective Order

HP00014879



Copyright © 2006 HP corporate presentation. All rights reserved.



Confidential Subject to Protective Order

HP00014880

## URL Links

- **Manual Claim Information**
  - Americas Sales Comp website: http://americas-sales-comp.corp.hp.com
  - Sales Force Toolkit
  - PIP Lite (located on the black toolbar)
  - Manual Claim Portal
- **Manual Claim Guidelines Document**:
  - Contains minimum threshold amounts
  - Approval Levels
  - Claim requirements
- **FY08 Manual Claim Quarterly Close Schedule**
- **Training Presentations**



14   PRESENTATION



Copyright © 2006 HP corporate presentation. All rights reserved.

**Confidential Subject to Protective Order**

HP00014881

# EXHIBIT 22

Presentation Title



Confidential Subject to Protective Order

HP00218075

Presentation Title



# Sales Compensation

. Order has been placed
· Order has been shipped/invoiced
· How do I receive credit for this order
· How does that credit generate an incentive payment

2

**Confidential Subject to Protective Order**

HP00218076

Presentation Title



Compensation Plan

- Leveraged
- Non-exempt/Exempt
- Quarterly/Semi-Annual/Annual Plan
- Incentives tied to specific metrics
- TIA is weighted per metric per performance period
- Metrics accelerated independently
- Can be eligible for SPIF programs

* Attainment capped at a percent of plan period target incentive

3

HP00218077

Presentation Title



- This is an example of an acceleration table that is applied to your percent performance for each metric of your compensation plan.  Briefly explain multipliers.

**Confidential Subject to Protective Order**

HP00218078

Presentation Title



Confidential Subject to Protective Order

HP00218079

Presentation Title



# Omega? HP's Global Incentive Compensation Software Application



Reps' account & sales plan affiliations;  Valuation tables; Feed files from HR, Partner sales; Order Management system feeds etc.

Allots sales credit to incentive employee based on reps' sales plan and affiliations.

Calculates incentive pay based on sales credit, TIA, employee status etc.

Gross Incentive Pay to Payroll

6

**Confidential Subject to Protective Order**

Presentation Title



- So now that you have shipped an order, learned how your comp plan will pay you.. how does that order get into Omega and then from Omega to the pay check.  As a new employee you think it would only take a matter of days for an invoice to flow directly from the order systems into Omega.

7

**Confidential Subject to Protective Order**

Presentation Title



However it typically takes one to three weeks for direct invoices to flow to Omega and between 45 and 60 days for partner reported invoices to flow to Omega. This slide illustrates the many processes a transaction must flow through before it gets to Omega, such as matching the customer record, matching part numbers, not all involved systems update daily so time lags are involved.

The Omega the reps see is actually a snapshot in time of Omega. The snapshot is taken each Monday after Omega updates. The snapshot is accessible through Omega online.

8

Confidential Subject to Protective Order

HP00218082

Presentation Title

## Direct or Non-Reporting Partner Example



| Example Timeline | Dates |
|---|---|
| Invoice Created with G35094 as end user | Fri Sept 30th |
| Invoice matches end user directory (NCRF), part nos etc | 9 days |
| Invoice ready for Omega | Sun Oct 9th |
| Invoice included in Omega weekly update | Fri Oct 7th |
| Visible in Omega Online in NY STL account | Mon Oct 10th |

9

**Confidential Subject to Protective Order**

HP00218083

Presentation Title

## Reporting Partner or Agent Take Title Example



- OM system produces invoice either with G35094 Metro Transportation Authority or partner as end user

- System flags indicate reporting reseller involvement; invoice from HP's OM system does not flow.

- New York Local Government reps get credit for the order only when the partner reports the sale in their daily / weekly / monthly submissions.

- NCRF maps raw address of the transaction to New York Local Government account.

- Rep for New York Local Government gets credit.

- Timeframe: 45-60 days

10

**Confidential Subject to Protective Order**

HP00218084

Presentation Title

## Verifying Credit for an Order w/Omega Online 

- Browse credits by customer name
- Drill-down to invoice detail
- Export credits to Excel
- Search for credits by Invoice, Customer Name, Month and more
- View overall performance percentages

Assuming enough time has passed (3weeks / 45-60days) for the invoice to feed into Omega then the credit will be visible in Omega Online.  You can browse the credits e.g. by customer name, you can drill-down to see more detail even individual invoices, you can export the credits en masse to Excel or if you have a specific invoice in mind you can search for credits by invoice number and more.

11

Presentation Title



• Browse Credits by Customer Name then drill down to view order number

Confidential Subject to Protective Order

HP00218086

Presentation Title



Search criteria window.  Search by invoice number or customer name or po number or product line etc.

13

Confidential Subject to Protective Order

HP00218087

Presentation Title



# Missing credit resolution

Manual Claims enable crediting of missing items .

1. Wait 60 days to file a manual claim when a reporting partner is involved (2nd/3rd party) as it may take  60 days to feed.

2. Wait 3 weeks if order is visible in HP's OM systems and reporting partners are not involved as it should feed.

3. If the order was placed with the non-reporting reseller outside HP's order systems then it will not feed so file a manual claim without waiting.

http://americas-sales-comp.corp.hp.com/manual%20claims.asp

Manual Claims require appropriate backup documentation, have minimum thresholds and only field reps should submit claims.

14

**Confidential Subject to Protective Order**

HP00218088

Presentation Title



- Omega Online also shows overall performance.  This information is needed when using the Cash Calculators to estimate the pay value of all your credits.

Confidential Subject to Protective Order

HP00218089

Presentation Title



There are indented boxes in the cash calculator. These are the only areas where you can change or add data. In the top 2 boxes you can input your yearly TIA, and how many months your plan is, i.e.., quarterly, semi-annual, or annual. The bottom boxes are where you enter performance from your OMEGAonline Individual Performance Report.

http://americas-sales-comp.corp.hp.com

16

Confidential Subject to Protective Order

HP00218090

Presentation Title



The cash calculator is used to estimate plan period earnings. To see the actual plan period earnings, Omega Incentive Statements are available through a tool called GIS Global Incentive Statement. As Omega operates in arrears the July Statement is paid in the August 31st check.

17

Confidential Subject to Protective Order

HP00218091

Presentation Title



Reps on plan can view the paying components to see the makeup of their incentive pay. Since you are on guarantee your GIS won't be as interesting until you go on plan.

18

Confidential Subject to Protective Order

Presentation Title



## Guarantee Policy

- Base + 100% target incentive paid for the designated period.
- Paid via "NEW" Omega Sales Specialty Code from date incentive job code is assigned until active in incentive plan.
- The standard timeframe for payment at 100% target incentive is 2 full calendar months, or until required business training is complete. Partial months for employees hired mid-month will also be paid at 100% target incentive.

Confidential Subject to Protective Order

HP00218093

Presentation Title



## Guarantee Policy

- May be assigned to incentive plan as early as the first of the month following payment at 100% target incentive (whether on quarterly, semi-annual or annual plan).
- Employees hiring into or transferring into sales roles can only be assigned to a sales incentive plan at the first of a given month. Partial month prior to assigned effective date will be paid as "new" at 100% target incentive.

20

HP00218094

Presentation Title

## What makes up the monthly pay check? Example 

- Sept 15 - Base Pay Only
- Sept 30 - Base Pay + Guarantee/Incentive Payment for August
- Oct 15 – Base Pay Only
- Oct 31 – Base Pay + Guarantee/Incentive payment for September
- Nov 15 – Base Pay Only
- Nov 30 – Base Pay + Guarantee payment for October

ISO2006_15apr 15
2.vs6                    E2E Sales Compensation                    21

21

**Confidential Subject to Protective Order**

HP00218095

Presentation Title

# Tools,
# Resources and
# Contacts



Confidential Subject to Protective Order

HP00218096

Presentation Title



- This is the starting place where all tools are accessible and you will also find lots of valuable reference information from this website.

Confidential Subject to Protective Order

Presentation Title

## Personal Information Page (PIP)

- One stop shopping for Sales Employees for current Sales Compensation information
  - Roster information
  - Incentive Statement
  - Goal Sheet
  - FSO information
  - Metric slides
  - Sales Plan documentation
  - Incentive Pay Administration Policy
  - Incentive Credit Administration Policy
  - CA$H Calculator
- Accessed from PIP button at top right of SCO website:
  http://americas-sales-comp.corp.hp.com/index.asp

06/22/2006 02 ed 15 2005                    SZE Sales Compensation                    24

• The PIP is accessible from the Sales Comp Website ........

Confidential Subject to Protective Order

24

Presentation Title



Confidential Subject to Protective Order

HP00218099

Presentation Title



## Resources

- **Sales Compensation Support Center** – Primary contact for sales team for all crediting inquiries, manual claims and payment issues
- **Phone: 800-244-1407**
- **Email: Sales.Compensation.Support.Specialists@hp.com**
- Subject line should include business segment to speed routing and resolution
- **Sales Compensation Support Specialist** – primary contact for all sales compensation issues, logs, tracks, and communicates status on issues through resolution, monitors and reports trends, communicates to sales on class issues (issues that impact the full sales population).
- **Segment Account Consultant** - performs as the primary contact for rostering and goal sheet setup and deployment, proactively reviews and manages early warning reports (i.e. overachievement), provides sales executive and AVP support, generates pay and credit adjustments, manages exception processing and escalations from the support center.

- • Define roles
- • Compensation Consultants

- • Reporting Team
- • Payroll

Confidential Subject to Protective Order

HP00218100

Presentation Title

## Where Do I Go When I Have A Question?

*hp*

| CATEGORY | QUESTON | DIRECT QUESTION TO |
|----------|---------|---------------------|
| Base Pay | Who can answer questions regarding my base pay? | Your Manager |
| Comp Plan | Who can explain how my comp plan works? | Your Manager |
| Vacation | Something is wrong with my vacation pay | Payroll (866) 372-2034 |
| Taxes | Who do I contact regarding taxes withheld on my pay check? | Payroll (866) 372-2034 |
| Timecard | Something is wrong with my hours worked. Where is my OT? | Payroll (866) 372-2034 |

N/220XXScript 11
2/06

E2E Sales Compensation

27

27

Confidential Subject to Protective Order

HP00218101

Presentation Title

## Where Do I Go When I Have A Question?



| Category | Question | Direct Question To |
|----------|----------|--------------------|
| Stocks / 401K | Who do I contact to increase my 401K contribution? Stocks? | Employee Benefits via HR Portal |
| Territory | What area(s) do I cover? What areas do I get credit for? | Your Manager |
| Goals | How are my goals determined? | Your Manager |
| Goal sheet | How can I view my goal sheet? | http://americas-sales-comp.corp.hp.com [Sales. Compensation. Support.Specialists@hp.com] 800-244-1407 |

2/05                                    E3S Sales Compensation                          25

28

**Confidential Subject to Protective Order**

HP00218102

Presentation Title

# Where Do I Go When I Have A Question?



| Category | Question | Direct Question To |
|---|---|---|
| Actuals | My actuals don't look correct. How can I find out what I got credit for? | OMEGAonline [Sales.Compensation. Support.Specialists @hp.com] 800-244-1407 |
| Pay Calendar | Where do I find the Incentive Pay Calendar to see when I will be paid? | http://americas-sales-comp.corp.hp.com |
| SPIFF | My SPIFF wasn't paid / wasn't the right amount. | Your Manager |
| | My SPIFF amount doesn't match my paycheck | Your Manager |

29

Confidential Subject to Protective Order

Presentation Title

## Where Do I Go When I Have A Question?

*hp*

| Category | Question | Direct Question To |
|---|---|---|
| Commissions | My commission wasn't paid / isn't the right amount<br><br>My commissions don't match my paycheck | [Sales.Compensation.Support.Specialists @hp.com]<br><br>800-244-1407 |
| GIS Statement | How can I access my Global Incentive Statement (GIS)?<br><br>Who can walk me through the information? | http://americas-sales-comp.corp.hp.com<br><br>Your Manager<br><br>[Sales.Compensation.Support.Specialists @hp.com]<br><br>800-244-1407 |

E/B Sales Compensation

30

Confidential Subject to Protective Order

HP00218104

Presentation Title

## Where Do I Go When I Have A Question?



| Category | Question | Direct Question To |
|---|---|---|
| Cash Calculator | How can I access the Cash Calculator? | Via PIP (personal information page) link on the compensation website. |
| | How do I use the Cash Calculator? | Your Manager |
| PIP Page (Personal Information Page) | Who do I contact when the information on this page is not correct? | [Sales.Compensation. Support.Specialists @hp.com] 800-244-1407 |

31

Presentation Title

## Where Do I Go When I Have A Question?

| Category | Question | Direct Question To |
|---|---|---|
| Job Changes | What happens with my incentive pay when I go on disability/leave of absence/ change jobs/leave HP? | Your Manager<br>[Sales.Compensation. Support.Specialists<br>@hp.com]<br>800-244-1407 |
| Tools | Who do I contact when I cannot access my statement, the PIP page or the Cash Calculator? | [Sales.Compensation. Support.Specialists<br>@hp.com]<br>800-244-1407 |

32

Presentation Title

## Where Do I Go When I Have A Question?

*HP*

| Category | Question | Direct Question To |
|----------|----------|--------------------|
| Order Valuation | Why is the credit value different from the invoice value? | 1H06 Plan Rollout presentations / older docs on SCO website |
| Product Lines | Which paying component will product "x" appear under? | 2005 Product Line Reference Table <http://americas-sales-comp.corp.hp.com/2005_Prod_line_Ref.xls> |
| Sku Reference | Can we get credit for this third party sku? | Sku reference on SCO website http://americas-sales-comp.corp.hp.com/SKU.asp |

33

Confidential Subject to Protective Order

HP00218107

Presentation Title

## Where Do I Go When I Have A Question? 

| Category | Question | Direct Question To |
|---|---|---|
| Policies | Can I read the Sales Compensation Policies? | SCO Website<br>http://americas-sales-comp.corp.hp.com |
| Account Hierarchies | Which account does this customer belong to? | NCRF account lookup<br>http://ckm-ap01/ncrf/<br>http://ckm-ap01/ncrfsrch/first.htm |
| Reporting and Non reporting resellers | Where is my credit for this shipment? | Manual Claim Portal<br>http://americas-sales-comp.corp.hp.com/manual%20claims.asp<br>List of Reporting Resellers<br>http://pim.boi.hp.com/reports/k/Channel_Partner_Reporting_Resellers.xls |

34

HP00218108

Presentation Title

# Appendix

Confidential Subject to Protective Order

Presentation Title

## Fiscal Calendar

- Q1
  - November
  - December
  - January
- Q2
  - February
  - March
  - April
- Q3
  - May
  - June
  - July
- Q4
  - August
  - September
  - October

B2B Sales Compensation                                                        36

Confidential Subject to Protective Order

HP00218110

Presentation Title

QUESTIONS

Confidential Subject to Protective Order

HP00218111

Presentation Title



Confidential Subject to Protective Order

HP00218112

Presentation Title



Confidential Subject to Protective Order                HP00218113

# EXHIBIT 23



-------- Original Message --------
**Subject:** HP - IOC Meeting Summary 6-24-09.docx
**Date:** Wed, 24 Jun 2009 17:15:14 -0700
**From:** Jeff Brugos <jeff.brugos@oracle.com>
**To:** Brad Scott <brad.scott@oracle.com> , scott.parker@oracle.com <scott.parker@oracle.com> ,
mike.overly@oracle.com <mike.overly@oracle.com> , trevor.templar@oracle.com
<trevor.templar@oracle.com>


Attached is a summary of the meeting that Brad and I had yesterday at HP regarding OIC. Some of you have had previous
meeting with HP on this topic and will be able to provide additional insights during our call. The purpose of the call is to review
the meeting conclusions and agree on an internal plan on how to move forward.


The call logistics:
Call in: 888-967-3353
ID and PC: 795019
Time: 7 am PT (9 am CT)
Duration: 30 minutes +

Jeff

**HP**

**Summary of Incentive Comp Meeting on June 23, 3009**

Below is a summary of the meeting Brad Scott and I had with HP on Incentive Comp (IC) that was set up at the request of Randy Runk. The meeting was attended by Randy, Gerald Wright (VP Worldwide Sales Performance), Shauna Della (VP IT), John from Germany working on the IC Hub strategy, and two others from HP (Tim and Bob).

1. Meeting Purpose – Randy asked for the meeting to see if Oracle IC might be a solution for addressing the major problems they have been experiencing with their current system. Per Randy, in many instances, it is taking over 8 months to pay some sales people.

2. Current IC System – Their current system (called Omega) is based on a Baan application that has been heavily customized by HP. Omega is used worldwide and is to calculate commissions for hardware, software and services sales. Over 22,000 reps are paid worldwide from Omega; 2000 more to be added from EDS in the future.

3. Callidus Status - They tried to replace Omega with Callidus, but HP concluded that it did not scale (performance was too slow).

4. Major Challenges and Problems with Current IC solution:
   a. Fragile and heavily modified IC calculation engine (Omega)
   b. Omega more than an IC engine; serves as an "Order Management" in some cases
   c. Multiple feeds (over 170 worldwide), including feeds from channel partners, into Omega
   d. Data consistency and integrity issues from the multiple feeds (HP working on an MDM strategy)
   e. Multiple and complex comp plans (over 600 currently with plans to reduce to 300)
   f. Operational complexities (e.g. the sequencing of feeds is critical to the accuracy of the calculations)
   g. More manual effort than desired to make system work
   h. Lacking adequate reporting and analytics capability (but not considered a high priority)

5. Questions HP has about an Oracle IC Solution:
   a. Are we committed to investing in IC? How strategic is OIC to Oracle?
   b. Who are our major customers and what are their use metrics and experience?
   c. Do we have the functionality to address their complex plans?
   d. Can we scale, given their volumes and complexity?

6. Major Conclusions from Meeting
   a. Just doing an initial OIC POC is probably not the right approach.
   b. We needed to evaluate the entire solution architecture and not just focus on the IC engine. This included the MDM strategy, AIA strategy, and process evaluation/simplification.
   c. We needed to work with HP's IT and business team to better understand the "as is" and "to be" processes and architecture.
   d. Prior to doing that, we agreed as the first step to provide HP (Shauna) with a list of OIC customers and associated key metrics and possibly providing a briefing on Oracle's uses of OIC.
   e. As a second step, HP (Shauna) agreed to share additional IC systems information with us.
   f. At some point (likely third step), a CVC would be useful to address our OIC capabilities/roadmap, MDM (CDH) offerings, AIA, and our Reporting and Analytics capability.
   g. As a fourth step, a POC would need to be done to prove we can handle the complex rules and scale.

7. Challenges
   a. HP may not freely share all the information we need (their MDM proposed solution, for example)
   b. HP IT may drag this discovery out (Shauna proposed Aug for next meeting); Randy wants sooner.

S-2

6-24-09

Page 1 of 2

-------- Original Message --------
Subject:RE: HP - Incentive Comp
Date:Thu, 2 Jul 2009 17:15:50 -0700
From:Jeff Brugos <jeff.brugos@oracle.com>
To:Runk, Randall <randall.runk@hp.com>
CC:Brad Scott <brad.scott@oracle.com>
References:<20090702105247844.00000002424@jbrugos-us>
<DDFFF4D8159CAA4881A60FDDAEA4E548169CFC75CC@GVW0671EXC.americas.hpqcorp.net>

Thanks Randy.

Have a July 4th weekend.

Jeff

**From:** Runk, Randall [mailto:randall.runk@hp.com]
**Sent:** Thursday, July 02, 2009 10:57 AM
**To:** Jeff Brugos
**Subject:** RE: HP - Incentive Comp

Jeff,

Not sure of why Shauna was not on the invite list....Gerald Wright set up the meeting.  You may want to have Trevor feedback to Shauna that Gerald drove for the meeting and was responsible for the invite list...I was not nor were you guys.

On the request below, send the doc to all that were in the meeting.  I do not recall the names of the folks from Europe, but send to Shauna, Gerald Wright, me, and Bob Slaby.

Randy

ndall C. Runk
_enior Vice President- US Sales
Technology Solutions Group
Hewlett-Packard Company

Executive Assistant:
marnie.nelson@hp.com
Tel:  972-605-8359

---

**From:** Jeff Brugos [mailto:jeff.brugos@oracle.com]
**Sent:** Thursday, July 02, 2009 10:53 AM
**To:** Runk, Randall
**Subject:** HP - Incentive Comp

Randy,

Per Trevor Templar (ASM), Shauna was a little upset that she was "blindsided" and not invited to the meeting  we had early with
you (although she was there). Per the HP team, I understand she has not been responsive to prior OIC request, which we made a
couple of months ago.

I am ready to send her our response on  (1) Oracle's commitment to IC and (1) a list of our larger user base with associated
metrics. I do not know the politics on this within HP, So should I cc  or bcc  on my email back to Shauna. And who else should I
copy? Gerald?

ave attached an advanced copy of the letter I plan to send if you want to provide any comments before I send it out.

Jeff

--------- Original Message ---------
Subject: Oracle Incentive Comp - Answers to Questions
Date: Thu, 2 Jul 2009 22:43:36 -0700
From: Jeff Brugos <jeff.brugos@oracle.com>
To: shauna.della@hp.com <shauna.della@hp.com>
CC: Runk, Randall <randall.runk@hp.com> , Wright, Gerald <gerald.wright@hp.com> , Slaby, Bob
   <bob.slaby@hp.com> , Oliver, Jon <jon.oliver@hp.com> , brad.scott@oracle.com
   <brad.scott@oracle.com> , trevor.templar@oracle.com <trevor.templar@oracle.com>
References: <3DFF9AA29043B14A8448A0D28715D56B73CAE94E43@GVW0433EXB.americas.hpqcorp.net>


Shauna,

HP has asked Oracle to address some question regarding our Incentive Compensation offering prior to
engaging on further discovery or a POC. This email addressed those initial questions.

1.  **How strategic is Incentive Compensation to Oracle?**
    a.  Incentive Compensation is a strategic application to Oracle and is included in first release of our
        new Fusion offering.
    b.  Oracle Incentive Compensation (OIC) is the going-forward foundation for all product families: EBS,
        Siebel & PeopleSoft. After the acquisition of both PeopleSoft and Siebel, Oracle decided OIC met
        the marketplace requirements best. The decision was also based on functionality, scalability and
        installed base of customers.

2.  **What is our current roadmap and planned investment in OIC?**
    a.  Oracle has just release version 12.1 of the OIC module. We are currently developing additional
        functionality including:
        -   OIC Oracle Business Intelligence (OBI);
        -   Siebel to OIC Process Integration Pack (PIP); and
        -   Several desktop Gadgets for salespeople reporting

b.  Additional functionality on the current roadmap:
  -  Goal sheet application;
  -  Payroll PIP; and
  -  Several other enhancements requested from our installed base or the Customer Advisory Board (CAB).

We would invite HP (once in production with OIC) to replace Sun Microsystems on the CAB so you can directly influence the product direction.

### 3.   Who are some of our larger OIC customers?

The matrix below summaries some of our larger representative customers and their corresponding metric which you requested.

| Company Name | Payees | Transactions | Misc Notes |
|---|---|---|---|
| Cisco Systems | 15,000 Global | 9 million per month | Live on calc, implanting Sales Crediting – Transaction volume will increase significantly once live of SC |
| Dell | 8,000 Global | Varies; millions per day | 6 month retro calc |
| Financial Services Company* | 35,000 | Up to 20 million per day | Varies based on market volume |
| Best Buy | 110,000 | Unknown | High payee turnover |
| JC Penney | 200,000 | Varies; 2 to 4 million per day | Volume spikes with holiday sales |
| Financial Services Company (1) | 300,000 | | |

Since introduced in 1997, OIC customers base has grown significantly and we are now the largest provider of Incentive Compensation systems. We currently have over 350 customers in production. This is the number of "production" customers, not just ones who have a license. We have also grown the number of payees from 400,000 at the end of FY 07 to over 1,200,000 at the end of FY 09.

Appropriately, performance is also a major concern for HP. We believe we can handle high volumes as well as anyone. We understand a number of factors impact the scaling of any Incentive Compensation system, such as hardware size, partitioning strategy, custom indexes and approaches taken when creating compensation plan rules. We have designed features into OIC to make the system work as efficiently as possible. These features include batch size options, multi-threaded processing techniques, Incremental Calculation mode, and options on how much to process and when. We should also note that the core processing all takes place in the Oracle database in SQL processes. Compensation rules are generated in PLSQL packages to run natively in the database. Oracle OIC has many large customers and is recognized by analysts as a leader in this area.