UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant(s). | No. C09-3596 CRB (BZ)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL TO THE DISCOVERY REFEREE'S ORDER** |

Having reviewed plaintiffs' motion for an extension of time (Docket No. 173) to file an appeal to Judge Warren's January 27, 2011 Order, and defendant's opposition, **IT IS HEREBY ORDERED** that plaintiffs' request filed the last day an appeal could have been taken, is **DENIED** as untimely. Plaintiffs' remedy at this stage is to appeal from any ruling on the 2009 audit.

Dated: March 8, 2011

                                                                              *Bernard Zimmerman*
                                                   Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. HEWLETT-PACKARD\ORDER DENYING MOTION FOR EXT OF TIME.wpd

1