**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHNSON, et al., | No. C 09-03596 CRB |
| Plaintiffs, | **ORDER RE DISCOVERY OBJECTIONS** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

There are two discovery matters presently before this Court. First, Hewlett-Packard Company has filed Objections to Discovery Management Order Number 10. Dkt. 221. Second, Plaintiffs have filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Dkt. 225. The Court will consider the proper disposition of these matters in connection with the hearing on Defendant's Motions for Summary Judgment and Plaintiffs' Motion to Amend the Complaint.

**IT IS SO ORDERED.**

Dated: June 27, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3596\Order re discovery matters.wpd