IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant.<br>_____/ | No. C 09-03596 CRB<br><br>**ORDER RE STIPULATION REQUESTING ORDER CHANGING TIME OF HEARING** |

    The parties have filed a Stipulation requesting that the Court agree to move a hearing on Defendant's Motions for Summary Judgment, Plaintiffs' Motion to Amend the Complaint, and related discovery matters from July 15, 2011 to August 19, 2011.

    The Court will hear this matter the week of August 1, 2011. The parties shall meet and confer to choose a hearing date any day that week except Wednesday, August 3, 2011. The parties shall inform the Court of their choice by Friday July 8, 2011.

**IT IS SO ORDERED.**

Dated: July 5, 2011

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE