United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHNSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant.         / | No. C 09-03596 CRB<br><br>**ORDER RE HEARING ON PENDING MATTERS** |

Plaintiffs have filed a Motion for Order Changing Time of Hearing. Dkt. 232. The Court had previously set this matter to be heard the week of August 1, 2011, but Plaintiffs' counsel is unavailable that week. The Court will conduct the hearing on July 25th, 26th, 27th, or 28th at 10:00 a.m. The parties may appear by telephone. The parties shall meet and confer to agree upon a date and notify the Court of that date on or before July 14, 2011. If the parties cannot agree upon a date, the Court will deem the matter submitted on the papers without argument. **The Court will not entertain any further motions to move the hearing date.**

**IT IS SO ORDERED.**

Dated: July 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3596\Order re hearing date.wpd