IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, et al.,<br>    Plaintiffs,<br>v.<br>HEWLETT-PACKARD COMPANY,<br>    Defendant. | No. C 09-03596 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motions for Summary Judgment, hereby enters Judgment in Defendants' favor against Plaintiffs.

**IT IS SO ORDERED.**

Dated: August 12, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3596\Judgment.wpd