| | |
|---|---|
| THE LANIER LAW FIRM, P.C.<br>W. Mark Lanier (*Pro Hac Vice*)<br>wml@lanierlawfirm.com<br>Christopher D. Banys SBN: 230038<br>cdb@lanierlawfirm.com<br>Daniel M. Shafer SBN: 244839<br>dms@lanierlawfirm.com<br>2200 Geng Road, Suite 200<br>Palo Alto, CA 94303<br>Tel: 650.322.9100<br>Fax: 650.322.9103<br><br>FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*Pro Hac Vice*)<br>azarf@fdazar.com<br>MEGHAN MARTINEZ (*Pro Hac Vice*)<br>martinezm@fdazar.com<br>RICHARD P. BARKLEY (*Pro Hac Vice*)<br>barkleyr@fdazar.com<br>NATHAN J. AXVIG (*Pro Hac Vice*)<br>axvign@fdazar.com<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Tel: 303.757.3300<br>Fax: 303.757.3206<br><br>Attorneys for Plaintiffs | MORGAN, LEWIS & BOCKIUS LLP<br>Robert J. Smith, State Bar No. 162784<br>*Admitted Pro Hac Vice*<br>rsmith@morganlewis.com<br>Melinda S. Riechert, SBN: 65504<br>mriechert@morganlewis.com<br>Anne M. Brafford, SBN: 237574<br>abrafford@morganlewis.com<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>LITTLER MENDELSON<br>A Professional Corporation<br>Richard W. Black, State Bar No. 467982<br>*Admitted Pro Hac Vice*<br>rblack@littler.com<br>Barbara I. Antonucci, State Bar No. 209039<br>bantonucci@littler.com<br>650 California Street, 20th<br>San Francisco, CA 94108-2693<br>Tel: 415.433.1940<br>Fax: 415.399.8490<br><br>Attorneys for Defendant |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY JOHNSON, JENNIFER RIESE, SHAUN SIMMONS, and JAMES PURVIS, individually, and on behalf of others similarly situated,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY and DOES 1-25 Inclusive,<br><br>Defendants. | Case No. 3:09-cv-003596-CRB<br><br>**STIPULATION REGARDING ENLARGEMENT OF TIME FOR FILING (1) PLAINTIFFS' RESPONSE INCLUDING OBJECTIONS TO BILL OF COSTS, AND (2) DEFENDANT''S MOTION FOR ATTORNEYS' FEES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

1. On August 22, 2011, Defendant filed an *Ex Parte* Application to Extend Time for Filing of Defendant's Motion for Attorneys' Fees and Bill of Costs, seeking a fourteen-day enlargement of time to file its Motion for Attorneys' Fees and Bill of Costs. Plaintiffs did not oppose this Application and it was granted by the Court.

2. On September 1, 2011, Defendant filed its Bill of Costs but moved for a second enlargement of time, until September 30, 2011, to file its Motion for Attorneys' Fees. This second request, for an enlargement of time for Defendant's Motion for Attorneys' Fees, was also not opposed by Plaintiffs, and it was granted on September 9, 2011, allowing Defendant to and including September 30, 2011, to file any motion for attorneys' fees.

3. On September 9, 2011, Plaintiffs requested an enlargement of time to respond, including file objections to Defendant's Bill of Costs, which was granted. Plaintiffs' response to Defendant's Bill of Costs is currently due on September 30, 2011.

4. On September 27, 2011, Plaintiffs filed their Motion to Defer Consideration of Motions for Attorneys Fees and Costs Until After Appeal is Completed.

5. Further, the Mediation Program of the Ninth Circuit Court of Appeals has set an Assessment Conference for October 27, 2011 to discuss whether the case is appropriate for the participation in the Mediation Program. If there is movement towards or settlement of the dispute at that conference, also within the enlargement of time requested here, then considerable time and resources would be conserved.

6. Defendant's Motion for Attorneys' Fees is currently due September 30, 2011.

7. WHEREFORE, both sides stipulate to an extension so that both Plaintiffs' response including objections to Defendant's Bill of Costs and Defendant's Motion for Attorneys' Fees are now due October 31, 2011.

Dated: September 30, 2011.

                                                  FRANKLIN D. AZAR & ASSOCIATES, P.C.

                                                  */s/ Franklin D. Azar*
                                                  Franklin D. Azar

                                                  Counsel for Plaintiffs

                                                  MORGAN, LEWIS & BOCKIUS LLP

                                                  */s/ Melinda S. Riechert*
                                                  Melinda S. Riechert

                                                  Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED September 30, 2011                           UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*