THE LANIER LAW FIRM, P.C.
W. Mark Lanier (*Pro Hac Vice*)
wml@lanierlawfirm.com
Christopher D. Banys SBN: 230038
cdb@lanierlawfirm.com
Daniel M. Shafer SBN: 244839
dms@lanierlawfirm.com
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: 650.322.9100
Fax: 650.322.9103

FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*Pro Hac Vice*)
azarf@fdazar.com
MEGHAN MARTINEZ (*Pro Hac Vice*)
martinezm@fdazar.com
RICHARD P. BARKLEY (*Pro Hac Vice*)
barkleyr@fdazar.com
NATHAN J. AXVIG (*Pro Hac Vice*)
axvign@fdazar.com
14426 East Evans Avenue
Aurora, CO 80014
Tel: 303.757.3300
Fax: 303.757.3206

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
Robert J. Smith, State Bar No. 162784
*Admitted Pro Hac Vice*
rsmith@morganlewis.com
Melinda S. Riechert, SBN: 65504
mriechert@morganlewis.com
Anne M. Brafford, SBN: 237574
abrafford@morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

LITTLER MENDELSON
A Professional Corporation
Richard W. Black, State Bar No. 467982
*Admitted Pro Hac Vice*
rblack@littler.com
Barbara I. Antonucci, State Bar No. 209039
bantonucci@littler.com
650 California Street, 20th
San Francisco, CA 94108-2693
Tel: 415.433.1940
Fax: 415.399.8490

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, JENNIFER RIESE, SHAUN SIMMONS, and JAMES PURVIS, individually, and on behalf of others similarly situated,<br><br>HEWLETT-PACKARD COMPANY and DOES 1-25 Inclusive,<br>Defendants. | Case No. 3:09-cv-003596-CRB<br><br>**STIPULATION REGARDING ENLARGEMENT OF TIME FOR FILING (1) PLAINTIFFS' RESPONSE INCLUDING OBJECTIONS TO BILL OF COSTS, AND (2) DEFENDANT''S MOTION FOR ATTORNEYS' FEES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

1. On August 22, 2011, Defendant filed an *Ex Parte* Application to Extend Time for Filing of Defendant's Motion for Attorneys' Fees and Bill of Costs, seeking a fourteen-day enlargement of time to file its Motion for Attorneys' Fees and Bill of Costs. Plaintiffs did not oppose this Application and it was granted by the Court.

2. On September 1, 2011, Defendant filed its Bill of Costs but moved for a second enlargement of time, until September 30, 2011, to file its Motion for Attorneys' Fees. This second request, for an enlargement of time for Defendant's Motion for Attorneys' Fees, was also not opposed by Plaintiffs, and it was granted on September 9, 2011, allowing Defendant to and including September 30, 2011, to file any motion for attorneys' fees.

3. On September 9, 2011, Plaintiffs requested an enlargement of time to respond, including file objections to Defendant's Bill of Costs, which was granted. Plaintiffs' response to Defendant's Bill of Costs is currently due on September 30, 2011.

4. On September 27, 2011, Plaintiffs filed their Motion to Defer Consideration of Motions for Attorneys Fees and Costs Until After Appeal is Completed.

5. Further, the Mediation Program of the Ninth Circuit Court of Appeals has set an Assessment Conference for October 27, 2011 to discuss whether the case is appropriate for the participation in the Mediation Program. If there is movement towards or settlement of the dispute at that conference, also within the enlargement of time requested here, then considerable time and resources would be conserved.

6. Defendant's Motion for Attorneys' Fees is currently due September 30, 2011.

7. WHEREFORE, both sides stipulate to an extension so that both Plaintiffs' response including objections to Defendant's Bill of Costs and Defendant's Motion for Attorneys' Fees are now due October 31, 2011.

Dated: September 30, 2011.

        FRANKLIN D. AZAR & ASSOCIATES, P.C.

        */s/ Franklin D. Azar*
        Franklin D. Azar

        Counsel for Plaintiffs


        MORGAN, LEWIS & BOCKIUS LLP

        */s/ Melinda S. Riechert*
        Melinda S. Riechert

        Counsel for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED

[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

DATED September 30, 2011          UNITED STATES DISTRICT JUDGE

---

*STIPULATION RE ENLARGEMENT OF TIME*
Case No. 3:09-cv-003596-CRB, *Johnson, et al., v. Hewlett Packard Co.*