| | |
|---|---|
| THE LANIER LAW FIRM, P.C.<br>Christopher D. Banys SBN: 230038<br>Daniel M. Shafer SBN: 244839<br>cdb@lanierlawfirm.com<br>dms@lanierlawfirm.com<br>2200 Geng Road, Suite 200<br>Palo Alto, CA 94303<br>Tel: (650) 322-9100<br>Fax: (650) 322-9103<br><br>Attorneys for Plaintiffs | FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*Pro Hac Vice*)<br>BARRY DUNN (SBN 151340)<br>NATHAN J. AXVIG (*Pro Hac Vice*)<br>TONYA MELNICHENKO (*Pro Hac Vice*)<br>MEGHAN MARTINEZ (*Pro Hac Vice*)<br>RICHARD BARKLEY (*Pro Hac Vice*)<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>Tel: (303) 757-3300<br>Fax: (303) 757-3206<br><br>Attorneys for Plaintiffs |
| MORGAN, LEWIS & BOCKIUS LLP<br>MELINDA S. RIECHERT, State Bar No. 65504<br>ROBERT J. SMITH, State Bar No. 162784<br>*Admitted pro hac vice*<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>mriechert@morganlewis.com<br>rsmith@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | ANNE M. BRAFFORD, State Bar No. 237574<br>5 Park Plaza, 17th Floor<br>Irvine, California 92614-3508<br>Telephone: 949.399.7000<br>Facsimile: 949.399.7001<br>abrafford@morganlewis.com |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHNSON, JENNIFER RIESE, SHAUN SIMMONS, MICHAEL DEBEVER, and JAMES PURVIS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY and DOES 1-25 inclusive,<br><br>Defendants. | Case No. C-09-03596 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING BRIEFING AND HEARING ON: (1) HP'S BILL OF COSTS; (2) HP'S MOTION FOR ATTORNEYS FEES; AND (3) PLAINTIFF'S MOTION TO DEFER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22707235.2

STIPULATION AND [PROPOSED] ORDER
DEFERRING CONSID. OF FEES AND COSTS
MOTIONS -- (CASE NO. C-09-03596 CRB)

## STIPULATION

WHEREAS on August 26, 2011, Plaintiffs Jeffrey Johnson, Jennifer Riese, Shaun Simmons, and James Purvis ("Plaintiffs") gave notice of their Appeal of the Memorandum and Order Denying Motion to Amend and Granting Motion for Summary Judgment and related Judgment in this action to the United States Court of Appeals for the Ninth Circuit (Court of Appeals Case Number 11-17062) (hereinafter referred to as "Appeal").

WHEREAS on September 1, 2011, Defendant Hewlett-Packard Company ("Defendant") filed a Bill of Costs;

WHEREAS on September 27, 2011, Plaintiffs filed a Motion to Defer Consideration of Defendant's Motions for Attorneys Fees And Costs Until After Appeal Is Completed;

WHEREAS on September 30, 2011, Defendant filed a Motion for Attorneys Fees, with a hearing set for November 4, 2011;

WHEREAS in an effort to avoid unnecessary litigation pending the Appeal, the Parties agree to defer the briefing, consideration and hearing of: (1) Defendant's Bill of Costs; (2) Defendant's Motion for Attorney Fees, until after the United States Court of Appeals for the Ninth Circuit has rendered a final decision on the Appeal. The Parties further agree to take off calendar Plaintiffs' Motion to Defer Consideration of the Motions for Fees and Costs.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that:

1. The briefing, consideration and hearing of: (a) Defendant's Bill of Costs; (b) Defendant's Motion for Attorneys Fees shall be deferred until the Court of Appeals has rendered a final decision on the Appeal;

2. Plaintiffs' Motion to Defer Consideration of the Motions for Fees and Costs shall be taken off calendar; and

3. The October 31, 2011 deadline for Plaintiffs to oppose Defendant's Bill of Costs and Motion for Attorneys Fees and the November 4, 2011 hearing date on Defendant's Motion for Attorneys Fees shall be vacated.

| | | |
|---|---|---|
| 1 | Dated: October 24, 2011 | FRANKLIN D. AZAR & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | By: /s/Franklin D Azar |
| 4 | | Attorneys for Plaintiffs JEFFREY JOHNSON, JENNIFER RIESE, SHAUN SIMMONS, MICHAEL DEBEVER, and JAMES PURVIS |
| 5 | | |
| 6 | Dated: October 24, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By: /s/Melinda Riechert |
| 9 | | Attorneys for Defendant HEWLETT-PACKARD COMPANY |

**ORDER**

**IT IS SO ORDERED.**

Dated: October __25, 2011

_____
U. S. District Judge
Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22707235.2

2

STIPULATION AND [PROPOSED] ORDER
DEFERRING CONSID. OF FEES AND COSTS
MOTIONS -- (CASE NO. C-09-03596 CRB)