IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHNSON, et al., | No. C 09-03596 CRB |
| Plaintiffs, | **ORDER SHORTENING TIME** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

The parties are ordered to appear on December 20, 2013 at 10:00 AM. Plaintiffs should file any reply brief and declarations as to the pending motion to enforce settlement (dkt. 280) and any opposition to the pending motion to shorten time (dkt. 288) by December 18, 2013.

**IT IS SO ORDERED.**

Dated: December 11, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE